```
1  Raymond M. DiGuiseppe
   The DiGuiseppe Law Firm, P.C.
2  4320 Southport-Supply Road, Suite 300
3  Southport, NC 28461
   Tel.: 910-713-8804
4  Email: law.rmd@gmail.com
5
6  Michael P. Sousa
   Law Offices of Michael P. Sousa, APC
7  3232 Governor Dr., Suite A
8  San Diego, CA 92122
   Tel.: 858-453-6122
9  Email: msousa@msousalaw.com
10
11 Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA RAE RENNA, an individual; DANIELLE JAYMES, an individual; HANNAH SPOUSTA, an individual; LAURA SCHWARTZ, an individual; MICHAEL SCHWARTZ, an individual; RICHARD BAILEY, an individual; JOHN KLIER, an individual; JUSTIN SMITH, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; CHERYL PRINCE, an individual; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; RYAN PETERSON, an individual; GUNFIGHTER TACTICAL, LLC, a California Limited Liability Company; FIREARMS POLICY COALITION, INC.; SAN DIEGO COUNTY GUN OWNERS PAC; CITIZENS | Case No. 3:20-cv-02190-DMS-DEB<br><br>**PLAINTIFFS' NOTICE OF RELATED CASES** |

|  |  |
|---|---|
| COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; and SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br> vs. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms, <br><br> Defendants. | |

Pursuant to Local Rule 40.1(f), Plaintiffs Lana Rae Renna, Danielle Jaymes, Hannah Spousta, Laura Schwartz, Michael Schwartz, Richard Bailey, John Klier, Justin Smith, John Phillips, PWGG, L.P., Cheryl Prince, Darin Prince, North County Shooting Center, Inc., Ryan Peterson, Gunfighter Tactical, LLC, Firearms Policy Coalition, Inc., San Diego County Gun Owners PAC, Citizens Committee for the Right to Keep and Bear Arms, and Second Amendment Foundation (collectively "Plaintiffs"), by and through counsel of record, provide notice of the following matters as potentially related cases: *Duncan v. Becerra*, Case No. 3:17-cv-1017-BEN-JLB, filed in the Southern District of California, on May 17, 2017; *Miller v. Becerra*, Case No. 3:19-cv-01537-BEN-JLB, filed in the Southern District of California, on August 15, 2019; and *Fouts v. Becerra*, Case No. 3:19-cv-1662-BEN-

JLB, filed in the Southern District of California, on September 1, 2019.

The *Duncan* case involves a Second Amendment challenge to California's categorical prohibition against "large-capacity" magazines, commonly used for self-defense and other lawful purposes as integral parts of otherwise lawfully owned and commonly used firearms. The *Miller* case involves a Second Amendment challenge to California's categorical prohibition against so-called "assault weapons," which, despite the menacing label, are commonly used for self-defense and other lawful purposes. Lastly, the *Fouts* case involves a Second Amendment challenge to California's categorical prohibition against billies/batons which are also are commonly used as bearable arms for self-defense and other lawful purposes. All the challenged laws carry the weight of criminal sanctions, and the plaintiffs in each action are ordinary law-abiding citizens who are and will otherwise remain subject to such sanctions should they attempt to exercise their constitutional rights to bear arms in contravention of the statutes respectively prohibiting these bearable arms.

Thus, all three cases involve Second Amendment challenges to related California laws prohibiting the possession, manufacture, transportation, sale, and transfer of otherwise lawfully owned and commonly used bearable arms. Consequently, they all involve substantially similar legal issues concerning whether and the extent to which the state may constitutionally restrain law-abiding citizens from possessing, manufacturing, transporting, selling, and/or transferring bearable

arms in common use for self-defense and other lawful purposes. Additionally, each action seeks substantially the same relief against the offending related statutory schemes—a declaration that the respective scheme is unconstitutional and an injunction against further enforcement of the same on that grounds.

All the cases involve the Attorney General, Xavier Becerra, as a defendant, and *Miller* includes the Chief of the California Department of Justice, Bureau of Firearms, like here where the defendants include the current Director of the California Department of Justice, Bureau of Firearms. And many of the same plaintiffs in the instant case—Ryan Peterson, San Diego County Gun Owners Political Action Committee, Gunfighter Tactical, LLC, John Phillips, Second Amendment Foundation, and Firearms Policy Coalition—are plaintiffs in *Miller*.

Further, the consideration of this matter alongside these related matters would effect a savings of judicial effort and avoid or minimize the risk of multiple, inconsistent rulings and judgments within the same District. Accordingly, and pursuant to CivLR 40.1.h, the Clerk of the Court is requested to report the related cases to "the judges concerned at the earliest date practicable."

| | |
|---|---|
| Date: November 10, 2020 | /s/*Raymond M. DiGuiseppe*<br>Raymond M. DiGuiseppe<br>The DiGuiseppe Law Firm, P.C.<br>4320 Southport-Supply Road, Suite 300<br>Southport, NC 28461<br>Tel.: 910-713-8804<br>Email: law.rmd@gmail.com<br>Attorneys for Plaintiffs |