Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com

Michael P. Sousa
Law Offices of Michael P. Sousa, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
Tel.: 858-453-6122
Email: msousa@msousalaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA RAE RENNA, an individual; DANIELLE JAYMES, an individual; HANNAH SPOUSTA, an individual; LAURA SCHWARTZ, an individual; MICHAEL SCHWARTZ, an individual; RICHARD BAILEY, an individual; JOHN KLIER, an individual; JUSTIN SMITH, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; CHERYL PRINCE, an individual; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; RYAN PETERSON, an individual; GUNFIGHTER TACTICAL, LLC, a California Limited Liability Company; FIREARMS POLICY COALITION, INC.; SAN DIEGO COUNTY GUN OWNERS PAC; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; | Case No. 3:20-cv-02190-DMS-DEB<br><br>**NOTICE OF APPEARANCE OF MICHAEL P. SOUSA OF THE LAW OFFICES OF MICHAL P. SOUSA, APC AS COUNSEL FOR PLAINTIFFS**<br><br>Judge: Hon. Dana M. Sabraw<br>Magistrate Judge: Hon. Daniel E. Butcher<br>Complaint Filed: November 11, 2020 |

|   |   |
|---|---|
| 1 | and SECOND AMENDMENT FOUNDATION, |
| 2 |   |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 |   |
| 6 | XAVIER BECERRA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms, |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 | Defendant. |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Michael P. Sousa of the Law Offices of Michael P. Sousa, APC hereby states his appearance as counsel for all Plaintiffs in this above captioned matter. Mr. Sousa is admitted or otherwise authorized to practice in this court and is also a registered user of the Court's CM/ECF system. Mr. Sousa, whose contact information follows, should be served with all documents in this matter:

THE LAW OFFICES OF MICHAL P. SOUSA, APC
MICHAEL P. SOUSA, SBN 229416
3232 Governor Drive, Suite A
San Diego, CA 92122
Telephone: (858) 453-6122 ext. 15
Fax: (858) 453-2155
E-mail: msousa@msousalaw.com

Please call our office if you have any questions about this notice.

2

*Notice of Appearance.  Case No.* 3:20-cv-02190-DMS-DEB

|  |  |
|---|---|
| DATED: December 4, 2020 | Respectfully submitted, |
|  | THE LAW OFFICES OF MICHAEL P. SOUSA, APC |
|  | s/Michael P. Sousa<br>MICHAEL P. SOUSA<br>Attorney for Plaintiffs |

3