UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA RAE RENNA, et al.,<br><br>                       Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity; LUIS LOPEZ, in his official capacity,<br><br>                       Defendants. | Case No.:  20-cv-2190-DMS-DEB<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

On December 22, 2020, this matter came before the Court in an informal telephonic conference. Raymond DiGuiseppe and Michael Sousa appeared for Plaintiffs, and Gabrielle Boutin appeared for Defendants. Upon agreement of the parties, the Court orders the following briefing schedule:

1. Plaintiffs may file a First Amended Complaint on or before **January 4, 2021.**
2. Defendants shall file any motion to dismiss on or before **January 25, 2021.**
3. Plaintiffs shall file any opposition to the motion to dismiss on or before **February 15, 2021.**
4. Defendants shall file any reply on or before **March 1, 2021.**
5. Following completion of the briefing, the Court will set a hearing date

accordingly.

**IT IS SO ORDERED.**

Dated:  December 22, 2020

Hon. Dana M. Sabraw
United States District Judge