1  XAVIER BECERRA
   Attorney General of California
2  ANTHONY R. HAKL, SBN 197335
   Supervising Deputy Attorney General
3  GABRIELLE D. BOUTIN, SBN 267308
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-6053
6   Fax:  (916) 324-8835
    E-mail:  Gabrielle.Boutin@doj.ca.gov
7  *Attorneys for Defendants Attorney General
   Xavier Becerra and Director Luis Lopez, in
8  their official capacities*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

## CIVIL DIVISION

| | |
|---|---|
| **LANA RAE RENNA, et al.,** | 20-cv-2190 |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| **XAVIER BECERRA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,** | |
| Defendants. | |

The California Attorney General, counsel for California Attorney General Xavier Becerra, in this official capacity, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms, hereby files this Notice of Appearance to inform the Court of assigned counsel for in this proceeding.

1

Respondent hereby notifies the Court that the attorney with principal charge of the case is as follows:

> Gabrielle D. Boutin, Deputy Attorney General
> 1300 I Street, Suite 125
> P.O. Box 944255
> Sacramento, CA 94244-2550
> Telephone: (916) 210-6053
> E-mail: Gabrielle.Boutin@doj.ca.gov

Dated: December 23, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


*/s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendants Attorney General Xavier Becerra and Director Luis Lopez, in their official capacities*

## CERTIFICATE OF SERVICE

Case Name:  **Renna, Lana Rae, et al. v. Xavier Becerra, et al.**     No.  **20-cv-2190**

I hereby certify that on December 23, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 23, 2020, at Sacramento, California.

|  |  |
|---|---|
| Ritta Mashriqi | /s/*Ritta Mashriqi* |
| Declarant | Signature |

SA2020304764
34693448.docx