# Exhibit 3

## Article - Public Safety

[Previous][Next]

§5–405.

 (a) The Board shall:

  (1) compile and maintain a handgun roster of authorized handguns that are useful for legitimate sporting, self-protection, or law enforcement purposes;

  (2) annually publish the handgun roster in the Maryland Register; and

  (3) semiannually send a copy of the handgun roster to all persons who hold a State regulated firearm dealer's license under Subtitle 1 of this title.

 (b) The Board shall consider carefully each of the following characteristics of a handgun without placing undue weight on any one characteristic in determining whether any handgun should be placed on the handgun roster:

  (1) concealability;

  (2) ballistic accuracy;

  (3) weight;

  (4) quality of materials;

  (5) quality of manufacture;

  (6) reliability as to safety;

  (7) caliber;

  (8) detectability by the standard security equipment that is commonly used at an airport or courthouse and that is approved by the Federal Aviation Administration for use at airports in the United States; and

  (9) utility for legitimate sporting activities, self-protection, or law enforcement.

 (c) (1) The Board may place a handgun on the handgun roster on its own initiative.

   (2) The Board shall place a handgun on the handgun roster on the successful petition of any person subject to subsections (d) and (e) of this section, unless a court, after all appeals are exhausted, has made a finding that the decision of the Board shall be affirmed.

   (3) A petition to place a handgun on the handgun roster shall be submitted to the Board in writing in the form and manner that the Board requires.

   (4) A person who petitions for placement of a handgun on the handgun roster has the burden of proving to the Board that the handgun should be placed on the handgun roster.

 (d) (1) Within 45 days after receipt of a petition to place a handgun on the handgun roster, the Board shall:

    (i) deny the petition in writing, stating the reasons for denial; or

    (ii) approve the petition and publish a description of the handgun in the Maryland Register, including notice that any objection to the handgun's inclusion on the handgun roster shall be filed with the Board within 30 days.

   (2) If the Board fails to deny or approve a petition within the time required under paragraph (1) of this subsection, the petition shall be considered denied.

 (e) (1) If the Board denies a petition to place a handgun on the handgun roster, the Board shall notify the petitioner by certified mail, return receipt requested.

   (2) The petitioner may request a hearing within 15 days after the date that the Board's denial letter is received.

   (3) (i) If the petitioner requests a hearing under paragraph (2) of this subsection, within a reasonable time not to exceed 90 days after receiving the request, the Board shall:

     1. hold a hearing on the petition; and

     2. issue a written final decision on the petition.

     (ii) The Board shall provide notice of the hearing in accordance with Title 10, Subtitle 2 of the State Government Article.

     (iii) At a hearing held under this paragraph, the petitioner has the burden of proving to the Board that the handgun should be placed on the handgun roster because the handgun is useful for legitimate sporting activities, self-protection, or law enforcement purposes.

   (4) Any party of record who is aggrieved may appeal within 30 days after a final decision of the Board in accordance with Title 10, Subtitle 2 of the State Government Article.

  (f) This section does not require the Board to test any handgun or have any handgun tested at the expense of the Board.

[Previous][Next]