# Exhibit 6

# 501 Mass. Reg. 7.02

Section 7.02 - Definitions

As used in 501 CMR 7.00:

Approved Firearm means a firearm make and model that passed the testing requirements of M.G.L. c. 140, § 123 and was subsequently approved by the Secretary. Included are those firearms listed on the current Approved Firearms Roster and those firearms approved by the Secretary of Public Safety that will be included on the next published Approved Firearms Roster.

Approved Firearms Roster means a list of firearms approved by the Secretary which meet or exceed the testing criteria as outlined in M.G.L. c. 140, § 123 clauses Eighteenth, Nineteenth, Twentieth and Twenty-first, and which list is established, maintained and published by the Secretary pursuant to M.G.L. c. 140, § 131¾.

Approved Independent Testing Laboratory means a testing laboratory that the Secretary has determined is capable of accurately testing firearms in accordance with M.G.L. c. 140, § 123.

Capable of Accepting a Large Capacity Feeding Device means any firearm, rifle or shotgun in which a large capacity feeding device, as defined by M.G.L. c. 140, § 121, is capable of being used without alteration of the weapon; provided, however, that said feeding device is fully or partially inserted into the weapon or attached thereto, or is under the direct control of a person who also has direct control of a weapon capable of accepting said feeding device.

Certified by Attributes means the process used by an independent testing laboratory to determine if a particular model firearm is the functional design equivalent of another model already tested.

Firearm has the same meaning as "firearm" as defined in M.G.L. c. 140, § 121.

Formal Target Shooting Competition means those target competitions which are sponsored, coordinated or sanctioned by a national organization which regulates the type of firearm or modifications that may be used.

Formal Target Shooting Firearm means those firearms that have been approved by the Secretary as solely designed and sold for formal target shooting competition, pursuant to M.G.L. c. 140, § 123.

Formal Target Shooting Firearms Roster means a list of firearms approved by the Secretary, which are solely designed and sold for formal target shooting competition as provided by M.G.L. c. 140, § 123, and which list is established, maintained and published pursuant to M.G.L. c. 140, § 123.

Functional Design Equivalent means a firearm whose dimensions and material, as well as linkage and functioning of the magazine well, cylinder, barrel, chamber or any components of the firing mechanism do not differ from a firearm which satisfactorily completed the Testing

Case 3:20-cv-02190-DMS-DEB   Document 13-7   Filed 02/15/21   PageID.258   Page 3 of 5

Section 7.02 - Definitions    501 Mass. Reg. 7.02

Requirements. A firearm may be deemed the Functional Design Equivalent of a firearm which differs only in caliber if the larger caliber firearm has satisfactorily completed the Testing Requirements.

GCAB means the Gun Control Advisory Board as provided in M.G.L. c. 140, § 131½, whose members are appointed by the Governor to advise the Secretary on matters relating to the implementation of M.G.L. c. 140, §§ 121 through 131P.

Individual Firearm means a specific firearm identifiable by make, model and serial number, and does not refer to an entire make or model line.

Large Capacity Feeding Device has the same meaning as "large capacity feeding" device as defined in M.G.L. c. 140, § 121.

Large Capacity Roster means a list of large capacity firearms, rifles, and shotguns as defined by M.G.L. c. 140, § 121, and which list is established, maintained and published by the Secretary pursuant to M.G.L. c. 140, § 131¾.

Large Capacity Weapon has the same meaning as "large capacity weapon" as defined in M.G.L. c. 140, § 121.

Length of Barrel or Barrel Length have the same meaning as "length of barrel" or "barrel length" as defined in M.G.L. c. 140, § 121.

Licensee means a firearms dealer licensed in Massachusetts under M.G.L. c. 140, § 122, and does not refer to a gunsmith also licensed under M.G.L. c. 140, § 122.

Licensed Gunsmith means a person acting as gunsmith as defined in M.G.L. c. 140, § 121, and who is licensed to conduct gunsmith activity pursuant to M.G.L. c. 140, § 122.

Make of Firearm means the company that manufactured said firearm.

Model of Firearm means the alpha or numeric designation or name given by the manufacturer to a particular line of firearms. Within the model line, firearms may be assigned different alpha or numeric designations or names and still be considered to be the same model provided they are the functional design equivalent.

Readily Modifiable to Accept a Large Capacity Feeding Device means any firearm, rifle or shotgun immediately capable of being altered so as to accept a large capacity feeding device as defined in M.G.L. c. 140, § 121; provided, however, that said feeding device is fully or partially inserted into the weapon or attached thereto, or is under the direct control of a person who also has direct control of a weapon capable of accepting said feeding device.

Secretary means the Secretary of Public Safety and Security.

Testing Requirements means the testing requirements as defined in M.G.L. c. 140, § 123 clauses Eighteenth, Nineteenth, Twentieth and Twenty-first. For clause Eighteen, such requirements shall include a certified statement from the manufacturer regarding the melting point, tensile strength, or density of the metal used in manufacturing the firearm, or the successful completion of the firing tests. Only firearms with a "length of barrel", as defined

Case 3:20-cv-02190-DMS-DEB   Document 13-7   Filed 02/15/21   PageID.259   Page 4 of 5

Section 7.02 - Definitions    501 Mass. Reg. 7.02

by M.G.L. c. 140, § 121, of less than three inches are required to complete the testing in M.G.L. c. 140, § 123, clause Twenty-first. For all other firearms, the term "testing requirements" shall refer only to clauses Eighteenth, Nineteenth, and Twentieth.

Weapon has the same meaning as "weapon" as defined in M.G.L. c. 140, § 121.

*501 CMR 7.02*

Amended by Mass Register Issue 1309, eff. 3/25/2016.



# 501 Mass. Reg. 7.03

Section 7.03 - Development of Approved Firearms Roster

**(1)** A firearm may be considered for placement on the Approved Firearms Roster only after the Secretary has received a final test report from an approved independent testing laboratory certifying that the specified firearm make and model has successfully completed all testing requirements in compliance with M.G.L. c. 140, § 123 and 501 CMR 7.00, or the Secretary has determined that the firearm is the functional equivalent of a previously approved firearm, or has been tested by another state which has identical testing requirements of the commonwealth, pursuant to 501 CMR 7.04.
**(2)** The Secretary shall maintain a list of approved independent testing laboratories in accordance with 501 CMR 7.00. The Secretary may add or remove a testing laboratory from this list in accordance with 501 CMR 7.00.

  **(a)** Such approved independent testing laboratory shall not be owned or operated by a firearms manufacturer or by an organization that seeks to promote or restrict firearms ownership.

  **(b)** Any testing laboratory that seeks to be an approved independent testing laboratory shall provide information to the Secretary regarding its capabilities and objectivity.

**(3)** The GCAB shall review the final test report and shall make a recommendation to the Secretary based on the documentation provided.
**(4)** The Secretary shall then determine whether the firearm shall be placed on the Approved Firearms Roster. Addition to the Approved Firearms Roster shall serve as notice of compliance with M.G.L. c. 140, § 123.
**(5)** The Secretary, upon his own initiative, or upon the advice of the GCAB, or through petition from an individual, may determine if a firearm shall be removed from the Approved Firearms Roster. The Secretary shall notify, in writing, the manufacturer of a particular make and model whenever a decision is made to remove such make and model from the Approved Firearms Roster.
**(6)** The Executive Office of Public Safety shall maintain a list of all makes and models of firearms which have been approved by the Secretary. This list shall include firearms listed on the most recently published Approved Firearms Roster, and firearm makes and models which have been approved by the Secretary for inclusion on the next published roster. This list of approved firearms shall be maintained by the Executive Office of Public Safety on a publicly available web site, and a printed copy shall be available upon request.
  *501 CMR 7.03*

Amended by Mass Register Issue 1309, eff. 3/25/2016.

