# Exhibit 9

DC Council.us  |  Councilmembers  |  Committees  |  Offices  |  Legislation & Laws  |  Budget  |  Latest News  |  Calendar



HOME     BROWSE THROUGH     BOOK VIEW     SEARCH     HELP

District of Columbia Official Code 2001 Edition.
   Division I. Government of District.
      Title 7. Human Health Care and Safety.
         Subtitle J. Public Safety.
            Chapter 25. Firearms Control.
               Unit A. Firearms Control Regulations.
                  Subchapter II. Firearms and Destructive Devices.

## § 7-2502.02. Registration of certain firearms prohibited.

*Current through October 23, 2012*

(a) A registration certificate shall not be issued for a:

(1) Sawed-off shotgun;

(2) Machine gun;

(3) Short-barreled rifle;

(4) Pistol not validly registered to the current registrant in the District prior to September 24, 1976, except that the prohibition on registering a pistol shall not apply to:

(A) Any organization that employs at least one commissioned special police officer or other employee licensed to carry a firearm and that arms the employee with a firearm during the employee's duty hours;

(B) A police officer who has retired from the Metropolitan Police Department;

(C) Any person who seeks to register a pistol for use in self-defense within that person's home; or

(D) A firearms instructor, or an organization that employs a firearms instructor, for the purpose of conducting firearms training.

(5) An unsafe firearm prohibited under § 7-2505.04;

(6) An assault weapon; or

(7) A .50 BMG rifle.

(b) Repealed.

(Sept. 24, 1976, D.C. Law 1-85, title II, § 202, 23 DCR 2464; Mar. 16, 1978, D.C. Law 2-62, § 2, 24 DCR 5780; May 7, 1993, D.C. Law 9-266, § 2(b), 39 DCR 5676; Mar. 31, 2009, D.C. Law 17-372, § 3(c), 56 DCR 1365; Sept. 26, 2012, D.C. Law 19-170, § 2(c), 59 DCR 5691.)

**HISTORICAL AND STATUTORY NOTES**

**Prior Codifications**

1981 Ed., § 6-2312.

1973 Ed., § 6-1812.

**Effect of Amendments**

D.C. Law 17-372, in subsec. (a), deleted "or" from the end of par. (3), rewrote par. (4), and added pars. (5), (6), and (7); and repealed subsec. (b). Prior to amendment, subsec. (a)(4) and subsec. (b) read as follows:

"(4) Pistol not validly registered to the current registrant in the District prior to September 24, 1976, except that the provisions of this section shall not apply to any organization that employs at least 1 commissioned special police officer or other employee licensed to carry a firearm and that arms the employee with a firearm during the employee's duty hours or to a police officer who has retired from the Metropolitan Police Department.

"(b) Nothing in this section shall prevent a police officer who has retired from the Metropolitan Police Department from registering a pistol."

D.C. Law 19-170, in subsec. (a)(4), deleted "or" from the end of subpar. (B), substituted ";   or" for a period at the end of par. (C), and added par. (D).

**Emergency Act Amendments**

For temporary (90 day) amendment, see § 2(a) of Firearms Control Emergency Amendment Act of 2008 (D.C. Act 17-422, July 16, 2008, 55 DCR 8237).

For temporary (90 day) amendment of section, see § 2(b) of Second Firearms Control Emergency Amendment Act of 2008 (D.C. Act 17-502, September 16, 2008, 55 DCR 9904).

For temporary (90 day) repeal of D.C. Act 17-422, see § 5 of Second Firearms Control Emergency Amendment Act of 2008 (D.C. Act 17-502, September 16, 2008, 55 DCR 9904).

For temporary (90 day) amendment of section, see §§ 2(b) and 4 of Second Firearms Control Congressional Review Emergency Amendment Act of 2008 (D.C. Act 17-601, December 12, 2008, 56 DCR 9).

For temporary (90 day) amendment of section, see § 3(c) of Firearms Registration Emergency Amendment Act of 2008 (D.C. Act 17-651, January 6, 2009, 56 DCR 911).

For temporary (90 day) amendment of section, see § 2(c) of Firearms Emergency Amendment Act of 2012 (D.C. Act 19-352, May 11, 2012, 59 DCR 5116).

For temporary (90 day) amendment of section, see § 2(c) of the Firearms Amendments Congressional Review Emergency Amendment Act of 2012 (D.C. Act 19- 394, July 18, 2012, 59 DCR 8694).

For temporary (90 day) amendment of section, see § 2(c) of the Firearms Second Congressional Review Emergency Amendment Act of 2012 (D.C. Act 19-510, October 26, 2012, 59 DCR 12808).

**Legislative History of Laws**

For legislative history of D.C. Law 1-85, see Historical and Statutory Notes following § 7-2501.01.

For legislative history of D.C. Law 2-62, see Historical and Statutory Notes following § 7-2501.01.

For legislative history of D.C. Law 9-266, see Historical and Statutory Notes following § 7-2502.01.

For Law 17-372, see notes following § 7-2501.01.

For history of Law 19-170, see notes under § 7-2501.01.