# Exhibit 10

2/10/2021 § 7-2502.04. Fingerprints and photographs of applicants; application in person required.

Case 3:20-cv-02190-DMS-BLM  Document 13-11  Filed 02/15/21  PageID.380  Page 2 of 3

DC Council.us | Councilmembers | Committees | Offices | Legislation & Laws | Budget | Latest News | Calendar






District of Columbia Official Code 2001 Edition.
  Division I. Government of District.
    Title 7. Human Health Care and Safety.
      Subtitle J. Public Safety.
        Chapter 25. Firearms Control.
          Unit A. Firearms Control Regulations.
            Subchapter II. Firearms and Destructive Devices.

## § 7-2502.04. Fingerprints and photographs of applicants; application in person required.

*Current through October 23, 2012*

(a) The Chief shall require any person applying for a registration certificate to be fingerprinted in order to conduct an efficient and adequate investigation into the matters described in § 7-2502.03 and to effectuate the purposes of this unit. The Chief shall maintain a record of the fingerprints of sufficient quality to enable periodic investigation to ensure compliance with § 7- 2502.03.

(b) The Chief shall take a digitalized, full-face photograph of each applicant, other than an organization, to be included as part of a person's firearms registration application. The photo shall be taken simultaneously with the filing of the application.

(c) Every applicant (or in the case of an organization, the president or chief executive, or a person authorized in writing by him), shall appear in person at a time and place prescribed by the Chief, and may be required to bring with him the firearm for which a registration certificate is sought, which shall be transported in accordance with § 22-4504.02.

(Sept. 24, 1976, D.C. Law 1-85, title II, § 204, 23 DCR 2464; Mar. 16, 1978, D.C. Law 2-62, § 2, 24 DCR 5780; Mar. 31, 2009, D.C. Law 17-372, § 3(e), 56 DCR 1365; Sept. 26, 2012, D.C. Law 19-170, § 2(e), 59 DCR 5691.)

### HISTORICAL AND STATUTORY NOTES

**Prior Codifications**

1981 Ed., § 6-2314.

1973 Ed., § 6-1814.

**Effect of Amendments**

D.C. Law 17-372, in subsec. (a), substituted "6 years" for "5 years"; and, in subsec. (c), substituted "shall be transported in accordance with § 22-4504.02" for "shall be unloaded and securely wrapped, and carried in open view".

D.C. Law 19-170 rewrote subsecs. (a) and (b), which had read as follows:

"(a) The Chief may require any person applying for a registration certificate to be fingerprinted if, in his judgment, this is necessary to conduct an efficient and adequate investigation into the matters described in § 7-2502.03 and to effectuate the purpose of this unit; provided, that any person who has been fingerprinted by the Chief within 6 years prior to submitting the application need not, in the Chief's discretion, be fingerprinted again if he offers other satisfactory proof of identity.

"(b) Each applicant, other than an organization, shall submit with the application 2 full-face photographs of himself, 1 3/4 by 1 7/8 inches in size which shall have been taken within the 30-day period immediately preceding the filing of the application."

**Emergency Act Amendments**

For temporary (90 day) amendment of section, see § 3(e) of Firearms Registration Emergency Amendment Act of 2008 (D.C. Act 17-651, January 6, 2009, 56 DCR 911).

For temporary (90 day) amendment of section, see § 2(e) of Firearms Emergency Amendment Act of 2012 (D.C. Act 19-352, May 11, 2012, 59 DCR 5116).

For temporary (90 day) amendment of section, see § 2(e) of the Firearms Amendments Congressional Review Emergency Amendment Act of 2012 (D.C. Act 19- 394, July 18, 2012, 59 DCR 8694).

For temporary (90 day) amendment of section, see § 2(e) of the Firearms Second Congressional Review Emergency Amendment Act of 2012 (D.C. Act 19-510, October 26, 2012, 59 DCR 12808).

**Legislative History of Laws**

For legislative history of D.C. Law 1-85, see Historical and Statutory Notes following § 7-2501.01.

For legislative history of D.C. Law 2-62, see Historical and Statutory Notes following § 7-2501.01.

2/10/2021 § 7-2502.04. Fingerprints and photographs of applicants; application in person required. Page 3 of 3

Case 3:20-cv-02190-DMS-BEB   Document 13-11   Filed 02/15/21   PageID.381   Page 3 of 3

For Law 17-372, see notes following § 7-2501.01.

For history of Law 19-170, see notes under § 7-2501.01.

LIMS  JOBS  PRIVACY POLICY  DC COUNCIL ETHICS  DC.GOV

**OGC Sign In**

© 2013, The Council of the District of Columbia. All rights reserved

Powered by elaws.us