Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com

Michael P. Sousa
Law Offices of Michael P. Sousa, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
Tel.: 858-453-6122
Email: msousa@msousalaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA RAE RENNA, an individual; DANIELLE JAYMES, an individual; HANNAH SPOUSTA, an individual; LAURA SCHWARTZ, an individual; MICHAEL SCHWARTZ, an individual; ROBERT MACOMBER, an individual; CLINT FREEMAN, an individual; RICHARD BAILEY, an individual; JOHN KLIER, an individual; JUSTIN SMITH, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; CHERYL PRINCE, an individual; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; RYAN PETERSON, an individual; GUNFIGHTER TACTICAL, LLC, a California Limited Liability Company, FIREARMS POLICY COALITION, | Case No. 3:20-cv-02190-DMS-DEB<br><br>**DECLARATION OF PLAINTIFF DANIELLE JAYMES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date/Time: To Be Set By Court<br>Time:       13A<br>Judge:      Hon. Dana M. Sabraw<br>Trial Date: None set<br>Action Filed: 11/10/2020 |

1

*Declaration of plaintiff Danielle Jaymes in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss*
(Case No.: 3:20-cv-02190-DMS-DEB)

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | INC.; SAN DIEGO COUNTY GUN OWNERS PAC; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; and SECOND AMENDMENT FOUNDATION,<br><br>                Plaintiffs,<br>  vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,<br>                Defendants. |

I, DANIELLE JAYMES, declare as follows:

    1.    I am an adult resident of the County of San Diego, California, and am a named Plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

    2.    This declaration is executed in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

    3.    I am not prohibited under state or federal law from possessing, receiving, owning, or purchasing a firearm.

    4.    I possess a valid COE issued by the Defendants' Department of Justice Bureau of Firearms.

2

5. I am a member and supporter of Plaintiffs FIREARMS POLICY COALITION, SAN DIEGO COUNTY GUN OWNERS PAC, CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, and SECOND AMENDMENT FOUNDATION.

6. I hold an active license to carry a concealed weapon ("CCW") issued by my county sheriff, after proving "good cause" and "good moral character" to my licensing authority, successfully completing a course of training on the law and firearms proficiency under § 26165 and passing an extensive Live Scan-based background check and placement into the State's system for monitoring law enforcement contact, arrests, and criminal convictions ("Rap Back").

7. But for California's Handgun Ban and Defendants' active enforcement thereof, I would purchase for self-defense and other lawful purposes a Sig 365, G43X, Glock 19 Gen5, Sig P320, and/or Nighthawk Lady Hawk, all of which are handguns in common use for self-defense and other lawful purposes and widely sold and possessed outside of California.

8. The Sig 365 and G43X are specifically designed as concealed carry weapons. The Sig 365, specifically, is the smallest 9 mm handgun that would be easy for a woman to use as a concealed carry handgun. The handguns on Defendants' Roster are not even close to being small enough to be concealed carry weapons, especially for a woman. I do not wish to carry a gun in a large purse,

3

which is what I currently have to do with the guns on Defendants' Roster. I want to be able to have easy access to the handgun somewhere on my person for self-defense purposes, which I would be able to do with both the Sig 365 and G43X. The concealed carry weapons on Defendants' Roster are not practical caliber-wise. They only offer .22 mm concealed carry handguns for self-defense, and I would not feel comfortable defending myself with a .22 mm handgun as opposed to a 9mm.

9. I would use the Glock 19 Gen5 and Sig P320 as home defense handguns. The Glock 19 Gen5 is the newest generation of the Glock 19. The Glock 19 Gen3 is the version on Defendants' Roster. The Glock 19 Gen3 was developed many years ago and has outdated technology. Both the Glock 19 Gen5 and Sig P320 have had have newer technology and better safety features that makes them easier and safer to use for self-defense purposes than the guns on Defendants' Roster.

10. I wish to purchase the Nighthawk Lady Hawk because it is a gun specifically designed for women and smaller hands. It is easier to hold onto and fits my hands better than the guns on Defendants' Roster. I would be able to use this gun more safely and accurately than the guns currently available to purchase on Defendants' Roster.

4

11. Because the handguns that I seek to purchase for lawful purposes are currently excluded from Defendants' Roster of purportedly "not unsafe" handguns, California's Handgun Ban bars me from purchasing and taking possession of them from a licensed retailer, who are likewise prohibited from selling them to me on pain of criminal sanction.

12. I have no other lawful method of purchasing these handguns in California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/13/2021 _____.

_____
DANIELLE JAYMES

5