1  Raymond M. DiGuiseppe
2  The DiGuiseppe Law Firm, P.C.
   4320 Southport-Supply Road, Suite 300
3  Southport, NC 28461
4  Tel.: 910-713-8804
   Email: law.rmd@gmail.com
5
6  Michael P. Sousa
   Law Offices of Michael P. Sousa, APC
7  3232 Governor Dr., Suite A
8  San Diego, CA 92122
   Tel.: 858-453-6122
9  Email: msousa@msousalaw.com
10
11 Attorneys for Plaintiffs
12
13                **UNITED STATES DISTRICT COURT**
14             **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 15  LANA RAE RENNA, an individual; DANIELLE JAYMES, an individual; HANNAH SPOUSTA, an individual; LAURA SCHWARTZ, an individual; MICHAEL SCHWARTZ, an individual; ROBERT MACOMBER, an individual; CLINT FREEMAN, an individual; RICHARD BAILEY, an individual; JOHN KLIER, an individual; JUSTIN SMITH, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; CHERYL PRINCE, an individual; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; RYAN PETERSON, an individual; GUNFIGHTER TACTICAL, LLC, a California Limited Liability Company, FIREARMS POLICY COALITION, | Case No. 3:20-cv-02190-DMS-DEB<br><br>**DECLARATION OF PLAINTIFF DARIN PRINCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date/Time: To Be Set By Court<br>Time:      13A<br>Judge:     Hon. Dana M. Sabraw<br>Trial Date: None set<br>Action Filed: 11/10/2020 |

1

*DECLARATION OF PLAINTIFF DARIN PRINCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS*
(CASE NO.: 3:20-cv-02190-DMS-DEB)

INC.; SAN DIEGO COUNTY GUN OWNERS PAC; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; and SECOND AMENDMENT FOUNDATION,

                Plaintiffs,

vs.

XAVIER BECERRA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,

                Defendants.

I, DARIN PRINCE, declare as follows:

1. I am an adult resident of the County of San Diego, California, and am a named Plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

2. This declaration is executed in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

3. I am not prohibited under state or federal law from possessing, receiving, owning, or purchasing a firearm.

4. I am an owner and manager of Plaintiff NORTH COUNTY SHOOTING CENTER, INC. ("NCSC"), the proprietor of the business, and the

2

individual licensee associated with the dealership, including by and through the Defendants and their Bureau of Firearms.

5. I am a member and supporter of Plaintiffs FIREARMS POLICY COALITION, SAN DIEGO COUNTY GUN OWNERS PAC, CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, and SECOND AMENDMENT FOUNDATION.

6. I possess a current COE issued by the Defendants' Department of Justice Bureau of Firearms.

7. I hold an active license to carry a CCW issued by my county sheriff under Penal Code § 26150, *et seq.*, after proving "good cause" and "good moral character" to that licensing authority, successfully completing a course of training on the law and firearms proficiency under § 26165, passing an extensive Live Scan-based Department of Justice background check, and placement into the "Rap Back" system for monitoring law enforcement contact, arrests, and criminal convictions.

8. But for California's Handgun Ban and Defendants' active enforcement thereof, I would purchase for self-defense and other lawful purposes a Sig Sauer P320 AXG Scorpion, a handgun in common use for self-defense and other lawful purposes and widely sold and possessed outside of California.

3

9. Because the handguns that I seek to purchase for lawful purposes are currently excluded from Defendants' Roster of purportedly "safe" handguns, California's Handgun Ban bars me from purchasing and taking possession of such handguns from a licensed retailer, who are likewise prohibited from selling them to me on pain of criminal sanction.

10. I have no other lawful method of purchasing these handguns in California.

11. Further, as the proprietor of Plaintiff NCSC, but for California's Handgun Ban and Defendants' active enforcement thereof, I would make commercially available all handguns in common use for self-defense and other lawful purposes that are widely sold and possessed outside of California, which are currently excluded from Defendants' handgun Roster, and sell and transfer them to law-abiding customers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/15/2021 _____.

_____
DARIN PRINCE

4