Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com

Michael P. Sousa
Law Offices of Michael P. Sousa, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
Tel.: 858-453-6122
Email: msousa@msousalaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

LANA RAE RENNA, an individual;
DANIELLE JAYMES, an individual;
HANNAH SPOUSTA, an individual;
LAURA SCHWARTZ, an individual;
MICHAEL SCHWARTZ, an individual;
ROBERT MACOMBER, an individual;
CLINT FREEMAN, an individual;
RICHARD BAILEY, an individual;
JOHN KLIER, an individual; JUSTIN
SMITH, an individual; JOHN
PHILLIPS, an individual; PWGG, L.P., a
California Limited Partnership;
CHERYL PRINCE, an individual;
DARIN PRINCE, an individual; NORTH
COUNTY SHOOTING CENTER, INC.,
a California Corporation; RYAN
PETERSON, an individual;
GUNFIGHTER TACTICAL, LLC, a
California Limited Liability Company,
FIREARMS POLICY COALITION,

Case No. 3:20-cv-02190-DMS-DEB

**DECLARATION OF PLAINTIFF
HANNAH SPOUSTA IN
SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS**

Date/Time:  To Be Set By Court
Time:           13A
Judge:         Hon. Dana M. Sabraw
Trial Date:   None set
Action Filed: 11/10/2020

INC.; SAN DIEGO COUNTY GUN OWNERS PAC; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; and SECOND AMENDMENT FOUNDATION,

Plaintiffs,

vs.

XAVIER BECERRA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,

Defendants.

I, HANNAH SPOUSTA, declare as follows:

1.      I am an adult resident of the County of San Diego, California, and am a named Plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

2.      This declaration is executed in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

3.      I am not prohibited under state or federal law from possessing, receiving, owning, or purchasing a firearm.

4.      I possess a valid COE issued by the Defendants' Department of Justice Bureau of Firearms.

2

5.      I am a member and supporter of Plaintiffs FIREARMS POLICY COALITION, SAN DIEGO COUNTY GUN OWNERS PAC, CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, and SECOND AMENDMENT FOUNDATION.

6.      But for California's Handgun Ban and Defendants' active enforcement thereof, I would purchase for self-defense and other lawful purposes a Springfield Armory Hellcat, Sig 365, CZ Scorpion, HK SP5, and/or Sig MPX, all of which are handguns in common use for self-defense and other lawful purposes and widely sold and possessed outside of California.

7.      Because the handguns that I would purchase for lawful purposes are currently excluded from Defendants' Roster of purportedly "safe" handguns, California's Handgun Ban bars me from purchasing and taking possession of them from a licensed retailer, who are likewise prohibited from selling them to me on pain of criminal sanction.

8.      I have no other lawful method of purchasing these handguns in California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/15/2021_____.

_____
HANNAH SPOUSTA

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4