1  Raymond M. DiGuiseppe
2  The DiGuiseppe Law Firm, P.C.
   4320 Southport-Supply Road, Suite 300
3  Southport, NC 28461
4  Tel.: 910-713-8804
   Email: law.rmd@gmail.com
5

6  Michael P. Sousa
   Law Offices of Michael P. Sousa, APC
7  3232 Governor Dr., Suite A
8  San Diego, CA 92122
   Tel.: 858-453-6122
9  Email: msousa@msousalaw.com

10

11 Attorneys for Plaintiffs

12
                **UNITED STATES DISTRICT COURT**
13
           **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
14

15 | LANA RAE RENNA, an individual; | Case No. 3:20-cv-02190-DMS-DEB |

16 DANIELLE JAYMES, an individual;
   HANNAH SPOUSTA, an individual;
17 LAURA SCHWARTZ, an individual;     **DECLARATION OF PLAINTIFF**
   MICHAEL SCHWARTZ, an individual;   **JOHN KLIER IN SUPPORT OF**
18 ROBERT MACOMBER, an individual;    **PLAINTIFFS' OPPOSITION TO**
   CLINT FREEMAN, an individual;      **DEFENDANTS' MOTION TO**
19 RICHARD BAILEY, an individual;     **DISMISS**
20 JOHN KLIER, an individual; JUSTIN
   SMITH, an individual; JOHN         Date/Time:  To Be Set By Court
21 PHILLIPS, an individual; PWGG, L.P., a  Time:       13A
22 California Limited Partnership;     Judge:      Hon. Dana M. Sabraw
   CHERYL PRINCE, an individual;      Trial Date:  None set
23 DARIN PRINCE, an individual; NORTH  Action Filed: 11/10/2020
24 COUNTY SHOOTING CENTER, INC.,
   a California Corporation; RYAN
25 PETERSON, an individual;
26 GUNFIGHTER TACTICAL, LLC, a
   California Limited Liability Company,
27 FIREARMS POLICY COALITION,
28

                               1

INC.; SAN DIEGO COUNTY GUN
OWNERS PAC; CITIZENS
COMMITTEE FOR THE RIGHT TO
KEEP AND BEAR ARMS; and
SECOND AMENDMENT
FOUNDATION,

                    Plaintiffs,

        vs.

XAVIER BECERRA, in his official
capacity as Attorney General of
California; and LUIS LOPEZ, in his
official capacity as Director of the
Department of Justice Bureau of
Firearms,

                    Defendants.

I, JOHN KLIER, declare as follows:

    1.    I am an adult resident of the County of San Diego, California, and am

a named Plaintiff in the above matter. I have personal knowledge of the facts stated

herein, and if called as a witness, I could competently testify to these facts.

    2.    This declaration is executed in support of Plaintiffs' Opposition to

Defendants' Motion to Dismiss.

    3.    I am not prohibited under state or federal law from possessing,

receiving, owning, or purchasing a firearm.

2

4.      I am a veteran of the Navy, having been disabled and honorably discharged after serving in Iraq as a "Seabee" member of the United States Naval Construction Battalions.

5.      I am a trained and respected firearms instructor who owns and operates Active Shooter Defense School ("ASDS"), which "employs the best instructors in the industry," with "former [Navy] SEALs, Rangers, engineers, SWAT officers, combative instructors and current top performing competitive shooters on staff to ensure students master each technique being taught." ASDS's "mission is to provide the most up to date tactical weapons training available to the public, law enforcement and military." See "Meet our Team" on ASDS's website at https://asdschool.com/asds-instructors.

6.      I am a member and supporter of Plaintiffs FIREARMS POLICY COALITION, SAN DIEGO COUNTY GUN OWNERS PAC, CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, and SECOND AMENDMENT FOUNDATION.

7.      But for California's Handgun Ban and Defendants' active enforcement thereof, I would purchase for self-defense and other lawful purposes a Glock 19 Gen5, a handgun which is in common use for self-defense and other lawful purposes, widely sold and possessed outside of California.

3

8.     The Glock 19 Gen5 has had many technological advancements from the Glock 19 Gen3 (which remains grandfathered on Defendants' Roster).  The ergonomics are better, the sight and grip on the gun is better, it is lighter and fires faster than the Glock 19 Gen 3.  This translates to an overall safer gun.  I shoot more in a few months than the average American does in their lifetime.  The Glock Gen3 on Defendants' Roster wears out very easily and is an overall subpar handgun.   When the Glock Gen3 wears out from shooting, I am not able to repair or refurbish the gun because the parts I am able to purchase only fit the newer models, like the Glock 19 Gen5.  Therefore, I end up having to throw away many guns that are on Defendants' Roster and it is a waste of materials and money.  I would not have to throw the Glock 19 Gen5 away from shooting so much because it is a better-quality gun, lasts longer, and I would be able to purchase new parts to keep it from wearing out.

9.     Because the handgun that I seek to purchase for lawful purposes is currently excluded from Defendants' Roster of purportedly "not unsafe" handguns, California's Handgun Ban bars me from purchasing and taking possession of such handguns from a licensed retailer, who are likewise prohibited from selling them to me on pain of criminal sanction.

10.     I have no other lawful method of purchasing this handgun in California.

4

1

2        I declare under penalty of perjury that the foregoing is true and correct.

3                        02/13/2021

4        Executed on _____.

5

6                                              _____

7                                              JOHN KLIER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5