1    Raymond M. DiGuiseppe
2    The DiGuiseppe Law Firm, P.C.
     4320 Southport-Supply Road, Suite 300
3    Southport, NC 28461
4    Tel.: 910-713-8804
     Email: law.rmd@gmail.com
5

6    Michael P. Sousa
     Law Offices of Michael P. Sousa, APC
7    3232 Governor Dr., Suite A
8    San Diego, CA 92122
     Tel.: 858-453-6122
9    Email: msousa@msousalaw.com
10

11   Attorneys for Plaintiffs

12                 UNITED STATES DISTRICT COURT
13        FOR THE SOUTHERN DISTRICT OF CALIFORNIA
14

15   LANA RAE RENNA, an individual;        Case No. 3:20-cv-02190-DMS-DEB
     DANIELLE JAYMES, an individual;
16   HANNAH SPOUSTA, an individual;        **DECLARATION OF PLAINTIFF**
     LAURA SCHWARTZ, an individual;        **JUSTIN SMITH IN SUPPORT OF**
17   MICHAEL SCHWARTZ, an individual;      **PLAINTIFFS' OPPOSITION TO**
18   ROBERT MACOMBER, an individual;       **DEFENDANTS' MOTION TO**
     CLINT FREEMAN, an individual;         **DISMISS**
19   RICHARD BAILEY, an individual;
20   JOHN KLIER, an individual; JUSTIN     Date/Time:  To Be Set By Court
     SMITH, an individual; JOHN            Time:       13A
21   PHILLIPS, an individual; PWGG, L.P., a  Judge:      Hon. Dana M. Sabraw
22   California Limited Partnership;       Trial Date:  None set
     CHERYL PRINCE, an individual;         Action Filed: 11/10/2020
23   DARIN PRINCE, an individual; NORTH
24   COUNTY SHOOTING CENTER, INC.,
     a California Corporation; RYAN
25   PETERSON, an individual;
26   GUNFIGHTER TACTICAL, LLC, a
     California Limited Liability Company,
27   FIREARMS POLICY COALITION,
28

                                          1

INC.; SAN DIEGO COUNTY GUN
OWNERS PAC; CITIZENS
COMMITTEE FOR THE RIGHT TO
KEEP AND BEAR ARMS; and
SECOND AMENDMENT
FOUNDATION,

                    Plaintiffs,

      vs.

XAVIER BECERRA, in his official
capacity as Attorney General of
California; and LUIS LOPEZ, in his
official capacity as Director of the
Department of Justice Bureau of
Firearms,

                  Defendants.

I, JUSTIN SMITH, declare as follows:

      1.     I am an adult resident of the County of San Diego, California, and am a named Plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

      2.     This declaration is executed in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

      3.     I am not prohibited under state or federal law from possessing, receiving, owning, or purchasing a firearm.

      4.     I am a member and supporter of Plaintiffs FIREARMS POLICY COALITION, SAN DIEGO COUNTY GUN OWNERS PAC, CITIZENS

2

COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, and SECOND AMENDMENT FOUNDATION.

5.      But for California's Handgun Ban and Defendants' active enforcement thereof, I would purchase for self-defense and other lawful purposes a CZ P10, Walther Q5 SF, and/or Glock 19 Gen4 or Gen5, all of which are handguns in common use for self-defense and other lawful purposes and widely sold and possessed outside of California.

6.      I have shot multiple P10 handguns and the CZ P10 has much better ergonomics and trigger than anything you can purchase on Defendants' Roster.

7.      I participate in competition shooting matches.  The Walther Q5 SF has many features and parts that are specifically designed for competitions and matches.  The Walther Q5 SF is recognized as having the best trigger in industry.  I am not able to purchase any gun with a similar trigger on Defendants' Roster.  This gun is recognized in the industry as being the best gun to shoot in competitions. Nothing on Defendants' Roster is comparable.

8.      The ergonomics on the Glock 19 Gen5 are far better than the Glock 19 Gen3 on Defendants' Roster.  The Gen5 is more reliable than the Gen3 and much more comfortable to shoot.  The Gen 5 has backstraps that can be swapped to better fit my hand or the hand of whoever is shooting the gun.  The Glock 19 Gen3 that is currently on Defendants' Roster must be modified to make it comfortable

3

for me to shoot.  Therefore, the Gen3 is much less safe to use than the Gen5 because it is hard to get a reliable grip on the gun without the adjustable backstraps.

9.   Because the handguns that I seek to purchase for lawful purposes are currently excluded from Defendants' Roster of purportedly "not unsafe" handguns, California's Handgun Ban bars me from purchasing and taking possession of such handguns from a licensed retailer, who are likewise prohibited from selling them to me on pain of criminal sanction.

10.   I have no other lawful method of purchasing these handguns in California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/13/2021_____.

_____

JUSTIN SMITH

4