1  Raymond M. DiGuiseppe
2  The DiGuiseppe Law Firm, P.C.
3  4320 Southport-Supply Road, Suite 300
   Southport, NC 28461
4  Tel.: 910-713-8804
5  Email: law.rmd@gmail.com

6  Michael P. Sousa
   Law Offices of Michael P. Sousa, APC
7  3232 Governor Dr., Suite A
8  San Diego, CA 92122
   Tel.: 858-453-6122
9  Email: msousa@msousalaw.com

10
11 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA RAE RENNA, an individual; DANIELLE JAYMES, an individual; HANNAH SPOUSTA, an individual; LAURA SCHWARTZ, an individual; MICHAEL SCHWARTZ, an individual; ROBERT MACOMBER, an individual; CLINT FREEMAN, an individual; RICHARD BAILEY, an individual; JOHN KLIER, an individual; JUSTIN SMITH, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; CHERYL PRINCE, an individual; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; RYAN PETERSON, an individual; GUNFIGHTER TACTICAL, LLC, a California Limited Liability Company, FIREARMS POLICY COALITION, | Case No. 3:20-cv-02190-DMS-DEB<br><br>**DECLARATION OF PLAINTIFF LAURA SCHWARTZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date/Time: To Be Set By Court<br>Time: 13A<br>Judge: Hon. Dana M. Sabraw<br>Trial Date: None set<br>Action Filed: 11/10/2020 |

1

*DECLARATION OF PLAINTIFF LAURA SCHWARTZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS*
(CASE NO.: 3:20-cv-02190-DMS-DEB)

INC.; SAN DIEGO COUNTY GUN OWNERS PAC; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; and SECOND AMENDMENT FOUNDATION,

                    Plaintiffs,

vs.

XAVIER BECERRA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,

                    Defendants.

I, LAURA SCHWARTZ, declare as follows:

1. I am an adult resident of the County of San Diego, California, and am a named Plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

2. This declaration is executed in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

3. I am not prohibited under state or federal law from possessing, receiving, owning, or purchasing a firearm.

4. I hold an active license to carry a concealed weapon ("CCW") issued by my county sheriff, after proving "good cause" and "good moral character" to

2

*Declaration of plaintiff Laura Schwartz in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss*
(Case No.: 3:20-cv-02190-DMS-DEB)

my licensing authority, successfully completing a course of training on the law and firearms proficiency under § 26165 and passing an extensive Live Scan-based background check and placement into the State's system for monitoring law enforcement contact, arrests, and criminal convictions ("Rap Back").

5. I am a member and supporter of Plaintiffs FIREARMS POLICY COALITION, SAN DIEGO COUNTY GUN OWNERS PAC, CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, and SECOND AMENDMENT FOUNDATION.

6. But for California's Handgun Ban and Defendants' active enforcement thereof, I would purchase for self-defense and other lawful purposes a Glock 19 Gen5 and/or Springfield Armory Hellcat, which are both handguns in common use for self-defense and lawful purposes and widely sold and possessed outside of California.

7. I wish to purchase the Glock 19 Gen5 because of the ambidextrous slide release. This is crucial to my gun safety training. I specifically train to be able to use both my right hand and my left hand to safely shoot a gun for self-defense purposes. If I were to shoot with my left hand using the current Glock 19 Gen3 on Defendants' Roster, it would be very unsafe because there is no left-handed slide release. Additionally, the Glock 19 Gen3 does not come with adjustable backstraps. I have smaller than average hands and in order to get a solid

3

and safe grip on the gun, I need the adjustable hand straps.  The Glock 19 Gen5 provides adjustable straps that makes it more accurate for me to shoot and safer for me to shoot.

8. I wish to purchase the Springfield Armory Hellcat because it is a more appropriate concealed carry handgun that still holds 10 rounds.  I am not able to purchase a suitable concealed carry weapon that still holds 10 rounds on Defendants' Roster.  I also wish to purchase the Springfield Armory Hellcat because this gun is smaller than the concealed carry weapons on Defendants' Roster.  I would be able to get a tighter and overall better grip on the gun.  This gun would therefore be safer and more accurate to shoot than any concealed carry gun on Defendants' Roster.

9. Because the handguns that I seek to purchase for lawful purposes are currently excluded from Defendants' Roster of purportedly "safe" handguns, California's Handgun Ban bars me from purchasing and taking possession of such handguns from a licensed retailer, who are likewise prohibited from selling them to me on pain of criminal sanction.

10. I have no other lawful method of purchasing these handguns in California.

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/14/2021 _____.

*Laura V Schwartz*
_____
LAURA SCHWARTZ

5