Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com

Michael P. Sousa
Law Offices of Michael P. Sousa, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
Tel.: 858-453-6122
Email: msousa@msousalaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA RAE RENNA, an individual; DANIELLE JAYMES, an individual; HANNAH SPOUSTA, an individual; LAURA SCHWARTZ, an individual; MICHAEL SCHWARTZ, an individual; ROBERT MACOMBER, an individual; CLINT FREEMAN, an individual; RICHARD BAILEY, an individual; JOHN KLIER, an individual; JUSTIN SMITH, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; CHERYL PRINCE, an individual; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; RYAN PETERSON, an individual; GUNFIGHTER TACTICAL, LLC, a California Limited Liability Company, FIREARMS POLICY COALITION, | Case No. 3:20-cv-02190-DMS-DEB<br><br>**DECLARATION OF PLAINTIFF RICHARD BAILEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date/Time: To Be Set By Court<br>Time: 13A<br>Judge: Hon. Dana M. Sabraw<br>Trial Date: None set<br>Action Filed: 11/10/2020 |

1

*DECLARATION OF PLAINTIFF RICHARD BAILEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS*
(CASE NO.: 3:20-CV-02190-DMS-DEB)

INC.; SAN DIEGO COUNTY GUN OWNERS PAC; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; and SECOND AMENDMENT FOUNDATION,

              Plaintiffs,

vs.

XAVIER BECERRA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,

              Defendants.

I, RICHARD BAILEY, declare as follows:

1. I am an adult resident of Coronado, California, and am a named Plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

2. This declaration is executed in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

3. I am not prohibited under state or federal law from possessing, receiving, owning, or purchasing a firearm.

4. I am the elected Mayor of Coronado, California.

2

5. I am a member and supporter of Plaintiffs FIREARMS POLICY COALITION, SAN DIEGO COUNTY GUN OWNERS PAC, CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, and SECOND AMENDMENT FOUNDATION.

6. But for California's Handgun Ban and Defendants' active enforcement thereof, I would purchase for self-defense and other lawful purposes a Glock 19 Gen5, a handgun which is in common use for self-defense and other lawful purposes, widely sold and possessed outside of California.

7. Because the handgun that I seek to purchase for these constitutionally protected purposes is currently excluded from Defendants' Roster of purportedly "not unsafe" handguns, California's Handgun Ban bars me from purchasing and taking possession of such handguns from a licensed retailer, who are likewise prohibited from selling them to me on pain of criminal sanction.

8. I have no other lawful method of purchasing this handgun in California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/15/2021___.

*Richard Bailey*
_____
RICHARD BAILEY

3