1  Raymond M. DiGuiseppe
2  The DiGuiseppe Law Firm, P.C.
   4320 Southport-Supply Road, Suite 300
3  Southport, NC 28461
4  Tel.: 910-713-8804
   Email: law.rmd@gmail.com
5
6  Michael P. Sousa
   Law Offices of Michael P. Sousa, APC
7  3232 Governor Dr., Suite A
8  San Diego, CA 92122
   Tel.: 858-453-6122
9  Email: msousa@msousalaw.com
10
11 Attorneys for Plaintiffs
12
13           **UNITED STATES DISTRICT COURT**
14        **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 15  LANA RAE RENNA, an individual;<br>DANIELLE JAYMES, an individual;<br>16  HANNAH SPOUSTA, an individual;<br>17  LAURA SCHWARTZ, an individual;<br>MICHAEL SCHWARTZ, an individual;<br>18  ROBERT MACOMBER, an individual;<br>19  CLINT FREEMAN, an individual;<br>RICHARD BAILEY, an individual;<br>20  JOHN KLIER, an individual; JUSTIN<br>21  SMITH, an individual; JOHN<br>PHILLIPS, an individual; PWGG, L.P., a<br>22  California Limited Partnership;<br>23  CHERYL PRINCE, an individual;<br>DARIN PRINCE, an individual; NORTH<br>24  COUNTY SHOOTING CENTER, INC.,<br>25  a California Corporation; RYAN<br>PETERSON, an individual;<br>26  GUNFIGHTER TACTICAL, LLC, a<br>27  California Limited Liability Company,<br>28  FIREARMS POLICY COALITION, | Case No. 3:20-cv-02190-DMS-DEB<br><br>**DECLARATION OF ROBERT MACOMBER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date/Time:  To Be Set By Court<br>Time:           13A<br>Judge:          Hon. Dana M. Sabraw<br>Trial Date:    None set<br>Action Filed: 11/10/2020 |

1

INC.; SAN DIEGO COUNTY GUN OWNERS PAC; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; and SECOND AMENDMENT FOUNDATION,

                  Plaintiffs,

vs.

XAVIER BECERRA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,

                  Defendants.

I, ROBERT MACOMBER, declare as follows:

1. I am an adult resident of the County of San Diego, California, and am a named Plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

2. This declaration is executed in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

3. I am not prohibited under state or federal law from possessing, receiving, owning, or purchasing a firearm.

4. I hold an active license to carry a concealed weapon ("CCW") issued by my county sheriff, after proving "good cause" and "good moral character" to

2

my licensing authority, successfully completing a course of training on the law and firearms proficiency under § 26165 and passing an extensive Live Scan-based background check and placement into the State's system for monitoring law enforcement contact, arrests, and criminal convictions ("Rap Back").

5. I am a member and supporter of Plaintiffs FIREARMS POLICY COALITION, SAN DIEGO COUNTY GUN OWNERS PAC, CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, and SECOND AMENDMENT FOUNDATION.

6. But for California's Handgun Ban and Defendants' active enforcement thereof, I would purchase for self-defense and other lawful purposes a Sig P365 and self-manufacture a Glock 43 Polymer 80, both of which are handguns in common use for self-defense and lawful purposes and widely sold and possessed outside of California.

7. I would like to self-manufacture the Glock 43 Polymer 80 to use it as a concealed carry handgun for self-defense. The Glock 17 and Glock 19 that are on Defendants' Roster are too large to use for a concealed carry weapon. The Glock 43 is designed to be a concealable weapon. Another reason I would like to self-manufacture the Glock 43 is because it carries 8 rounds and can still be used for concealed carry.

3

8.	I would like to purchase a Sig P365 because I can use it as a concealed carry weapon, and it is safer for me to use for self-defense than any gun currently on Defendants' Roster.  I am 77 years old.  I have tremors in my hands.  I often have difficulty maintaining stability in my hands which is why accuracy ratios on a handgun are especially important to me.  In a situation where I needed to use a gun for self-defense, this gun is much more accurate than any concealed carry weapon on the Roster.  I would have a much higher likelihood of hitting my intended target using a Sig P365 than any gun on Defendants' Roster.

9.	Because the handguns that I seek to self-manufacture and purchase for lawful purposes are currently excluded from Defendants' Roster of purportedly "safe handguns," California's Handgun Ban bars me from purchasing and taking possession of them from a licensed retailer, who are likewise prohibited from selling them to me on pain of criminal sanction.

10.	I have no other lawful method of purchasing these handguns in California.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 02/13/2021 _____.

*Robert Macomber*
_____
ROBERT MACOMBER

4

<tbody>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

</tbody>