1   ROB BONTA
    Attorney General of California
2   ANTHONY R. HAKL
    Supervising Deputy Attorney General
3   GABRIELLE D. BOUTIN
    Deputy Attorney General
4   State Bar No. 267308
      1300 I Street, Suite 125
5      P.O. Box 944255
      Sacramento, CA 94244-2550
6      Telephone:  (916) 210-6053
      Fax:  (916) 324-8835
7      E-mail:  Gabrielle.Boutin@doj.ca.gov
    *Attorneys for Defendants Attorney General*
8   *Rob Bonta and Director Luis Lopez, in their*
    *official capacities*
9

10                IN THE UNITED STATES DISTRICT COURT

11            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12                          CIVIL DIVISION

13

14   **LANA RAE RENNA, et al.,**                 | 20-cv-02190-DMS-DEB

15                               Plaintiffs,      | **JOINT MOTION FOR AN ORDER EXTENDING TIME FOR**
16                                    **v.**      | **DEFENDANTS TO FILE AN ANSWER TO THE FIRST**
17                                                | **AMENDED COMPLAINT**

18   **ROB BONTA, in his official capacity**      | Judge: Hon. Dana M. Sabraw
     **as Attorney General of California;**       | Trial Date:   None set
19   **and LUIS LOPEZ, in his official**          | Action Filed: 11/10/2020
     **capacity as Director of the**
20   **Department of Justice Bureau of**
     **Firearms,**

21                               Defendants.

22

23

24

25

26

27

28

1

Joint Motion For an Order Extending Time  (20-cv-02190-DMS-DEB)

1    Plaintiffs and Defendants respectfully submit this joint motion in accordance

2   with Civil Rules 7.2 and 12.1 for an order extending the time for Defendants

3   Attorney General Rob Bonta and Director Luis Lopez to file their answer to the

4   First Amended Complaint (FAC).  They request an extension from **May 7 to May**

5   **14, 2021**.

6    On the afternoon of Friday, April 23, 2021, this Court issued an order partially

7   granting and partially denying Defendants' motion to dismiss the First Amended

8   Complaint, ECF No. 17 (Order).  Defendants' answer to the remaining allegations

9   and claims in FAC is therefore currently due on May 7, 2021.  Fed. R. Civ. Proc.,

10   rule 12(a)(4)(A).   Prior to issuance of the Order, Defendants' counsel had planned

11   to (and eventually did) take leave from work for medical reasons from April 27

12   through May 2, 2021.  Defendants' counsel unsuccessfully attempted to connect

13   with Plaintiffs' counsel before leave commenced to request an extension of time to

14   file Defendants' answer.  However, Plaintiffs' and Defendants' counsel have now

15   conferred and stipulated that Defendants should be granted a one-week extension of

16   time to answer the FAC, from May 7 to May 14, 2021.

17    Good cause exists to grant the requested extension.  As the default, the Federal

18   Rules of Civil Procedure permit only 14 days to answer a complaint following an

19   order on a motion to dismiss.  Fed. R. Civ. Proc., rule 12(a)(4)(A).  Here, the Order

20   issued just before Defendants' counsel's previously-scheduled leave.  Defendants'

21   counsel made diligent efforts to obtain an extension as soon as possible.  Further,

22   preparation of the answer will require substantial time since the FAC is 56 pages

23   long.  Finally, one week is a reasonable length for the requested extension.

24    For these reasons, the parties respectfully request that the Court issue an

25   extension of time for Defendants to file their answer to the FAC, from May 7 to

26   May 14, 2021.

27

28

Joint Motion For an Order Extending Time  (20-cv-02190-DMS-DEB)

Dated:  May 4, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


*/s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendants Attorney
General Rob Bonta and Director Luis
Lopez, in their official capacities*


Dated:  May 4, 2021

*/s/Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com
*Attorneys for Plaintiffs*


## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to, and I have obtained authorization to affix the electronic signatures of, the above signatories to this document.


DATED: May 4, 2021

*/s/ Gabrielle D. Boutin*
Gabrielle D. Boutin

3