1

2

3

4

5

6

7

8

9

10

11

12

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13  **LANA RAE RENNA, et al.,**                    20-cv-02190-DMS-DEB

14                                        Plaintiffs,  **ORDER GRANTING JOINT MOTION FOR AN ORDER**

15                                        **v.**  **EXTENDING TIME FOR DEFENDANTS TO FILE AN**

16                                             **ANSWER TO THE FIRST AMENDED COMPLAINT**

    **ROB BONTA, in his official capacity**
17  **as Attorney General of California;**
    **and LUIS LOPEZ, in his official**
18  **capacity as Director of the**
    **Department of Justice Bureau of**
19  **Firearms,**

20                                        Defendants.

21

22

23

24

25

26

27

28

1

1        Plaintiffs and Defendants have submitted a Joint Motion for an Order

2   Extending Time for Defendants to File an Answer to the First Amended Complaint.

3   Having considered the Joint Motion, and good cause appearing, the Court hereby

4   grants the motion and extends Defendants' deadline to file an answer to the First

5   Amended Complaint to **May 14, 2021.**

6       **IT IS SO ORDERED.**

7

8   Dated:  May 4, 2021

9                                                                                       

Hon. Dana M. Sabraw, Chief Judge

10  United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28