ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General
State Bar No. 267308
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-6053
  Fax:  (916) 324-8835
  E-mail:  Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendants Attorney General
Rob Bonta and Director Luis Lopez, in their
official capacities*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

## CIVIL DIVISION

| | |
|---|---|
| **LANA RAE RENNA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,**<br><br>Defendants. | 20-cv-2190<br><br>**ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Dana M. Sabraw<br>Trial Date:   None set<br>Action Filed:      11/10/2020 |

1

Defendants Attorney General Rob Bonta,[1] in his official capacity, and Luis Lopez, in his official capacity as Director of the California Department of Justice Bureau of Firearms hereby respond to Plaintiffs' First Amended Complaint (FAC) for Injunctive and Declaratory Relief as follows.

## ANSWER TO ALLEGATIONS IN THE INTRODUCTION

1.      In response to paragraph 1 of the FAC, Plaintiffs' allegations in the FAC and the allegations in the *Duncan* and *Miller* cases speak for themselves.  To the extent admission or denial is required, Defendants deny all allegations.

2.      Paragraph 2 of the FAC consists of a quotation of a legal authority. That legal authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

3.      Paragraph 3 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

4.      In response to the allegations in paragraph 4 of the FAC regarding Plaintiff's purpose in pursuing this litigation, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.  The remainder of paragraph 4 consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

## ANSWER TO ALLEGATIONS REGARDING PARTIES

5.      In response to the allegations in paragraph 5 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

---

[1] Since Plaintiffs filed the First Amended Complaint, Rob Bonta has assumed the office of California Attorney General.  He is therefore is automatically substituted into this action for former Attorney General Xavier Becerra.  *See* Fed. R. Civ. P. 25(d).  All responses in this answer therefore interpret references in the First Amended Complaint to former Attorney General Becerra as referring to Attorney General Bonta, including where the FAC refers to former Attorney General Becerra by name.

2

1    6.      In response to the allegations in paragraph 6 of the FAC, Defendants
2    lack knowledge or information sufficient to form a belief as to the truth of the
3    allegations and, therefore, deny them.

4    7.      In response to the allegations in paragraph 7 of the FAC, Defendants
5    lack knowledge or information sufficient to form a belief as to the truth of the
6    allegations and, therefore, deny them.

7    8.      In response to the allegations in paragraph 8 of the FAC, Defendants
8    lack knowledge or information sufficient to form a belief as to the truth of the
9    allegations and, therefore, deny them.

10   9.      In response to the allegations in paragraph 9 of the FAC, Defendants
11   lack knowledge or information sufficient to form a belief as to the truth of the
12   allegations and, therefore, deny them.

13   10.     In response to the allegations in paragraph 10 of the FAC,
14   Defendants lack knowledge or information sufficient to form a belief as to the truth
15   of the allegations and, therefore, deny them.

16   11.     In response to the allegations in paragraph 11 of the FAC,
17   Defendants lack knowledge or information sufficient to form a belief as to the truth
18   of the allegations and, therefore, deny them.

19   12.     In response to the allegations in paragraph 12 of the FAC,
20   Defendants lack knowledge or information sufficient to form a belief as to the truth
21   of the allegations and, therefore, deny them.

22   13.     In response to the allegations in paragraph 13 of the FAC,
23   Defendants lack knowledge or information sufficient to form a belief as to the truth
24   of the allegations and, therefore, deny them.

25   14.     In response to the allegations in paragraph 14 of the FAC,
26   Defendants lack knowledge or information sufficient to form a belief as to the truth
27   of the allegations and, therefore, deny them.

28

Answer to First Amended Complaint  (20-cv-2190)

15.     In response to the allegations in paragraph 15 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

16.     In response to the allegations in paragraph 16 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

17.     In response to the allegations in paragraph 17 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

18.     In response to the allegations in paragraph 18 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

19.     In response to the allegations in paragraph 19 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

20.     In response to the allegations in paragraph 20 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

21.     In response to the allegations in paragraph 21 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

22.     In response to the allegations in paragraph 22 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

23.     In response to the allegations in paragraph 23 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

24.     In response to the allegations in paragraph 24 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

25.     In response to the allegations in paragraph 25 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

26.     In response to the allegations in paragraph 26, Defendants admit that Rob Bonta is currently the Attorney General of the State of California and the head of the California Department of Justice.  With respect to any quotation of a legal authority, that authority speaks for itself.  Defendants admit that the California Department of Justice and the Bureau of Firearms enforce state law related to the sales, transfer, possession, manufacture, and ownership of firearms.  Defendants admit that the California Attorney General and the California Department of Justice maintain an office in San Diego, California.  Defendants deny all remaining allegations in paragraph 26.

27.     In response to paragraph 27, Defendants admit that Luis Lopez is currently the Director of the California Department of Justice Bureau of Firearms. In that role, Director Lopez reports to Attorney General Rob Bonta and oversees the operations of the Bureau of Firearms, including the implementation and enforcement of state statutes, regulations, and policies regarding firearm and ammunition sales, possession, transfers, and manufacturing.  Defendants admit that Director Lopez is sued in his official capacity.  Defendants deny all remaining allegations in paragraph 27.

**ANSWER TO ALLEGATIONS REGARDING JURISDICTION AND VENUE**

28.     Paragraph 28 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

5

29.     Paragraph 29 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

## ANSWER TO ALLEGATIONS IN STATEMENT OF FACTS

30.     Paragraph 30 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

31.     Paragraph 31 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

32.     Paragraph 32 of the FAC consists of a quotation of a legal authority. That legal authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

33.     Paragraph 33 of the FAC consists of a quotation of a legal authority. That legal authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

34.     Paragraph 33 of the FAC consists of a quotation of a legal authority. That legal authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.  Footnote 2 in the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

35.     In response to the allegations in paragraph 35, Defendants admit that the California Department of Justice participates in the National Instant Criminal Background Check System.  With respect to any citation of a legal authority, that authority speaks for itself.  Defendants deny all remaining allegations in paragraph 35.

36.     Paragraph 36 of the FAC consists of a quotation of a legal authority. That legal authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

37.     Defendants admit the allegations in paragraph 37 of the FAC.

38.     In response to paragraph 38 of the FAC, Defendants admit that a COE certificate holder is subject to "Rap Back" notifications which alert the Department when the holder is arrested or otherwise prohibited from purchasing or possessing firearms.  Defendants deny the remaining allegations.

39.     Defendants admit the allegations in paragraph 39 of the FAC.

40.     In response to paragraph 40 of the FAC, Defendants admit that additional information on the Roster of Certified Handguns ("Roster") can be found in California Code of Regulations, title 11, section 4070.  The remaining allegations in paragraph 40 consist of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

41.     Paragraph 41 of the FAC consists of legal argument and/or conclusions and a quotation of a legal authority that speaks for itself, and therefore does not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

42.     In response to the allegations in paragraph 42 of the FAC, Defendants admit that the Roster is currently available at the Department's website at https://oag.ca.gov/firearms/certified-handguns/search.  Defendants admit that that website includes the language quoted in paragraph 42.  Defendants admit that the "Figure 1" graphic in paragraph 42 appears to be an accurate reproduction of a current portion of the same website.  Defendants deny all remaining allegations in paragraph 42.

7

43.     In response to paragraph 43 of the FAC, Defendants admit that the website described in paragraph 42 of the FAC also currently includes the text quoted in paragraph 43.

44.     In response to paragraph 44 of the FAC, Defendants admit that the California Department of Justice has published a document titled "Legal Requirements for Self-made Firearms," which is currently available at https://oag.ca.gov/system/files/attachments/press-docs/consumer-alert.pdf.  That document contains the text quoted in paragraph 44 of the FAC.  Defendants deny all remaining allegations.

45.     In response to paragraph 45 of the FAC, Defendants admit that the document entitled "Legal Requirements for Self-made Firearms," described in paragraph 44 of the FAC, includes the text quoted in paragraph 45 of the FAC.

46.     Paragraph 46 of the FAC consists of a quotation of legal authorities.  Those legal authorities speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

47.     Paragraph 47 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any quotation of a legal authority, that authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

48.     In response to paragraph 48 of the FAC, Defendants admit that the Roster contains less than all of the handgun makes and models commercially available throughout the United States.  Defendants lack knowledge or information sufficient to form a belief as whether the handgun makes and models on the Roster constitute a "small fraction" of the handguns available elsewhere in the United States and therefore denies that allegation.  Defendants deny all remaining allegations.

49.     In response to the allegations in paragraph 49 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

50.     In response to the allegations in paragraph 50 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

51.     In response to the allegations in paragraph 51 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

52.     In response to the allegations in paragraph 52 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

53.     In response to the allegations in paragraph 53 of the FAC, Defendants admit that the California Legislature passed Assembly Bill No. 2847. The remaining allegations consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.   In response to footnote 3, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

54.     Paragraph 54 consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any quotation of a legal authority, that authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

55.     In response to the allegations in paragraph 55 of the FAC, Defendants admit that AB 2847 became effective on January 1, 2021.  As to the remaining allegations, with respect to any quotation of a legal authority, that authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

56.     Paragraph 56 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

57.     Paragraph 57 of the FAC consists of legal argument and/or conclusions related to California Penal Code section 32015 and the Second Amendment that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.  To the extent any allegations are factual rather than legal, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

58.     Paragraph 58 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

59.     Paragraph 59 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

60.     Paragraph 60 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

61.     Paragraph 61 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

62.     Paragraph 62 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

63.     In response to the allegations in paragraph 63 of the FAC, due to the ambiguity of the allegations Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations, they therefore deny them.

Answer to First Amended Complaint  (20-cv-2190)

1         64.     In response to the allegations in paragraph 64 of the FAC,

2   Defendants admit that the provisions of California's Unsafe Handgun Act are not,

3   alone, sufficient to guarantee that all handguns will be used in a safe manner.

4   Defendants deny all remaining allegations.

5         65.     In response to the allegations in paragraph 65 of the FAC,

6   Defendants admit that the provisions of California's Unsafe Handgun Act are not,

7   alone, sufficient to guarantee that all handguns will be used in a safe manner.

8   Defendants deny all remaining allegations.

9         66.     Defendants deny the allegations in paragraph 66 of the FAC.

10         67.     Defendants deny the allegations in paragraph 67 of the FAC.

11         68.     In response to the allegations in paragraph 68 of the FAC,

12   Defendants lack knowledge or information sufficient to form a belief as to the truth

13   of the allegations and, therefore, deny them.

14         69.     In response to the allegations in paragraph 69 of the FAC,

15   Defendants lack knowledge or information sufficient to form a belief as to the truth

16   of the allegations and, therefore, deny them.

17         70.     In response to the allegations in paragraph 70 of the FAC,

18   Defendants lack knowledge or information sufficient to form a belief as to the truth

19   of the allegations and, therefore, deny them.

20         71.     In response to the allegations in paragraph 71 of the FAC,

21   Defendants lack knowledge or information sufficient to form a belief as to the truth

22   of the allegations and, therefore, deny them.

23         72.     In response to the allegations in 72 of the FAC, Defendants admit

24   that on Sturm, Ruger & Co., Inc.'s (Sturm) own website, the company states:

25   "Sturm, Ruger & Co., Inc. is one of the nation's leading manufacturers of rugged,

26   reliable firearms for the commercial sporting market.  With products made in

27   America, Ruger offers consumers almost 800 variations of more than 40 product

28   lines. For more than 70 years, Ruger has been a model of corporate and community

responsibility."  Defendants admit that the block quote in paragraph 72 of the FAC is an accurate quote of text that appears on Sturm's website at https://ruger.com/service/faqs.html (in the "FAQS" section under the drop-down menu for "California Residents").  Defendants deny all remaining allegations.

73.     Paragraph 73 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

74.     Defendants admit the allegations in paragraph 74 of the FAC.

75.     Defendants admit the allegations in paragraph 75 of the FAC.

76.     Defendants admit the allegations in paragraph 76 of the FAC.

77.     In response to the allegations in paragraph 77 of the FAC, due to the ambiguity of the allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

78.     In response to the allegations in paragraph 78 of the FAC, due to the ambiguity of the allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

79.     Paragraph 79 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

80.      In response to the allegations in paragraph 80 of the FAC, Defendants admit that handgun safety can be advanced by producing, providing, and encouraging education, training, and public outreach on firearm safety, storage, and use.  The remaining allegations in paragraph 80 consist of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny those allegations.

81.      In response to the allegations in paragraph 81 of the FAC, Defendants admit that handgun safety can be advanced by firearm locking and/or storage devices.  The remaining allegations in paragraph 81 consist of legal

12

argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny those allegations.

82.     Paragraph 82 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

83.     In response to the allegations in paragraph 83 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

84.     In response to the allegations in paragraph 84 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

85.     In response to the allegations in paragraph 85 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

86.     In response to the allegations in paragraph 86 of the FAC, the allegations that "[t]he Smith & Wesson M&P® 380 SHIELD™ EZ® that Plaintiff Renna wishes to purchase is a constitutionally protected handgun that is in common use for self-defense and other lawful purposes and widely sold and possessed outside of California" consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny those allegations.  Defendants admit that the website for the Smith & Wesson M&P® 380 SHIELD™ EZ®, online at https://www.smith-wesson.com/firearms/mp-380-shield-ez-0, statement quoted in paragraph 86.  As to the remaining allegations in paragraph 86, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

87.     In response to the allegations in paragraph 87 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally

protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

88.     In response to the allegations in paragraph 88 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

89.     Defendants admit the allegations in paragraph 89 of the FAC.

90.     In response to the allegations in paragraph 90 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

91.     In response to the allegations in paragraph 91 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

92.     In response to the allegations in paragraph 92 of the FAC, Defendants deny that Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

93.     Defendants admit the allegations in paragraph 93 of the FAC.

94.     In response to the allegations in paragraph 94 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

95.     In response to the allegations in paragraph 95 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

96.     In response to the allegations in paragraph 96 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

97.     In response to the allegations in paragraph 97 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

98.     In response to the allegations in paragraph 98 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

99.     In response to the allegations in paragraph 99 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

100.    In response to the allegations in paragraph 100 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

101.    In response to the allegations in paragraph 101 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

Answer to First Amended Complaint  (20-cv-2190)

102.     In response to the allegations in paragraph 102 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

103.     In response to the allegations in paragraph 103 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

104.     In response to the allegations in paragraph 104 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

105.     In response to the allegations in paragraph 105 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

106.     In response to the allegations in paragraph 106 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

107.     In response to the allegations in paragraph 107 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

108.     In response to the allegations in paragraph 108 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

109.     In response to the allegations in paragraph 109 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

110.     In response to the allegations in paragraph 110 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

111.     In response to the allegations in paragraph 111 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

112.     In response to the allegations in paragraph 112 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

113.     In response to the allegations in paragraph 113 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

114.     In response to the allegations in paragraph 114 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

115.     In response to the allegations in paragraph 115 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

116.     In response to the allegations in paragraph 116 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

117.     In response to the allegations in paragraph 117 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

118.     In response to the allegations in paragraph 118 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

119.     In response to the allegations in paragraph 119 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

120.     In response to the allegations in paragraph 120 and footnote 4 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

121.     In response to the allegations in paragraph 121 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

122.     In response to the allegations in paragraph 122 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

Answer to First Amended Complaint  (20-cv-2190)

123.     In response to the allegations in paragraph 123 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

124.     In response to the allegations in paragraph 124 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

125.     In response to the allegations in paragraph 125 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

126.     In response to the allegations in paragraph 126 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

127.     In response to the allegations in paragraph 127 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

128.     In response to the allegations in paragraph 128 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

129.     Defendants admit the allegations in paragraph 129 of the FAC.

130.     In response to the allegations in paragraph 130 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

131.     In response to the allegations in paragraph 131 of the FAC, Defendants admit that Plaintiff Philips passed a Live Scan-based background check and was placed into the State's system for monitoring law enforcement contact, arrests, and criminal convictions ("Rap Back").  As to all remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

132.     In response to the allegations in paragraph 132 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

133.     In response to the allegations in paragraph 133 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

134.     In response to the allegations in paragraph 134 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

135.     In response to the allegations in paragraph 135 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

136.     In response to the allegations in paragraph 136 of the FAC, Defendants admit that Plaintiff Philips and PWG are a firearms dealer in the California Department of Justice's Centralized List of Firearms Dealers.  As to all

1   remaining allegations, Defendants lack knowledge or information sufficient to form
2   a belief as to the truth of the allegations and, therefore, deny them.

3        137.    In response to the allegations in paragraph 137 of the FAC,
4   Defendants deny that any particular make or model of handgun is "constitutionally
5   protected," and therefore deny that any "constitutionally protected handgun" is not
6   currently on or eligible under the statutes to be added to the Roster.  As to the
7   remaining allegations, Defendants lack knowledge or information sufficient to form
8   a belief as to the truth of the allegations and, therefore, deny them.

9        138.    In response to the allegations in paragraph 138 of the FAC,
10  Defendants deny that any particular make or model of handgun is "constitutionally
11  protected," and therefore deny that any "constitutionally protected handgun" is not
12  currently on or eligible under the statutes to be added to the Roster.  As to the
13  remaining allegations, Defendants lack knowledge or information sufficient to form
14  a belief as to the truth of the allegations and, therefore, deny them.

15       139.    In response to the allegations in paragraph 139 of the FAC,
16  Defendants lack knowledge or information sufficient to form a belief as to the truth
17  of the allegations and, therefore, deny them.

18       140.    In response to the allegations in paragraph 140 of the FAC,
19  Defendants lack knowledge or information sufficient to form a belief as to the truth
20  of the allegations and, therefore, deny them.

21       141.    In response to the allegations in paragraph 141 of the FAC,
22  Defendants lack knowledge or information sufficient to form a belief as to the truth
23  of the allegations and, therefore, deny them.

24       142.    In response to the allegations in paragraph 142 of the FAC,
25  Defendants deny that any particular make or model of handgun is "constitutionally
26  protected," and therefore deny that any "constitutionally protected handgun" is not
27  currently on or eligible under the statutes to be added to the Roster.  As to the

28

Answer to First Amended Complaint  (20-cv-2190)

remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

143.    In response to the allegations in paragraph 143 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

144.    Defendants admit the allegations in paragraph 144 of the FAC.

145.    In response to the allegations in paragraph 145 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

146.    In response to the allegations in paragraph 146 of the FAC, Defendants admit that Plaintiff D. Prince passed a Live Scan-based background check and was placed into the Rap Back system for monitoring law enforcement contact, arrests, and criminal convictions.  As to all remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

147.    In response to the allegations in paragraph 147 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

148.    In response to the allegations in paragraph 148 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

149.    In response to the allegations in paragraph 149 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

150.     In response to the allegations in paragraph 150 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

151.     In response to the allegations in paragraph 151 of the FAC, Defendants admit that Plaintiff D. Prince and NCSC are a firearms dealer in the California Department of Justice's Centralized List of Firearms Dealers.  As to all remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

152.     In response to the allegations in paragraph 152 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

153.     In response to the allegations in paragraph 153 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

154.     In response to the allegations in paragraph 154 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

155.     Defendants admit the allegations in paragraph 155 of the FAC.

156.     In response to the allegations in paragraph 156 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

157.     Defendants admit the allegations in paragraph 157 of the FAC.

23

158.     In response to the allegations in paragraph 158 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

159.     In response to the allegations in paragraph 159 of the FAC, the allegations regarding whether Plaintiff Peterson can lawfully sell or transfer a Fabrique Tactical handgun to himself or others constitutes legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny those allegations.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, therefore, deny them.

160.     In response to the allegations in paragraph 160 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

161.     In response to the allegations in paragraph 161 of the FAC, Defendants deny that any particular make or model of handgun is "constitutionally protected," and therefore deny that any "constitutionally protected handgun" is not currently on or eligible under the statutes to be added to the Roster.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

162.     In response to the allegations in paragraph 162 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

163.     In response to the allegations in paragraph 163 of the FAC, Defendants admit that Plaintiff Peterson and Gunfighter Tactical are a firearms dealer in the California Department of Justice's Centralized List of Firearms

24

1    Dealers.  As to all remaining allegations, Defendants lack knowledge or

2    information sufficient to form a belief as to the truth of the allegations and,

3    therefore, deny them.

4         164.    In response to the allegations in paragraph 164 of the FAC,

5    Defendants deny that any particular make or model of handgun is "constitutionally

6    protected," and therefore deny that any "constitutionally protected handgun" is not

7    currently on or eligible under the statutes to be added to the Roster.  As to the

8    remaining allegations, Defendants lack knowledge or information sufficient to form

9    a belief as to the truth of the allegations and, therefore, deny them.

10        165.    In response to the allegations in paragraph 165 of the FAC,

11   Defendants deny that any particular make or model of handgun is "constitutionally

12   protected," and therefore deny that any "constitutionally protected handgun" is not

13   currently on or eligible under the statutes to be added to the Roster.  As to the

14   remaining allegations, Defendants lack knowledge or information sufficient to form

15   a belief as to the truth of the allegations and, therefore, deny them.

16        166.    Paragraph 166 of the FAC consists of a quotation of a legal

17   authority.  That legal authority speaks for itself.  To the extent admission or denial

18   is required, Defendants deny all allegations.

19        167.    Paragraph 167 of the FAC consists of a quotation of a legal

20   authority.  That legal authority speaks for itself.  To the extent admission or denial

21   is required, Defendants deny all allegations.

22        168.    Paragraph 168 of the FAC consists of legal argument and/or

23   conclusions that do not require admission or denial.  To the extent admission or

24   denial is required, Defendants deny all allegations.

25        169.    Paragraph 169 of the FAC consists of legal argument and/or

26   conclusions that do not require admission or denial.  To the extent admission or

27   denial is required, Defendants deny all allegations.

28

Answer to First Amended Complaint  (20-cv-2190)

170.     Paragraph 170 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

171.     Paragraph 171 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

172.     Paragraph 172 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

173.     Paragraph 173 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

174.     Paragraph 174 of the FAC consists of a quotation of a legal authority.  That legal authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

175.     Paragraph 175 of the FAC consists of a quotation of a legal authority.  That legal authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

176.     Paragraph 176 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

177.     Paragraph 177 of the FAC consists of a quotation of a legal authority.  That legal authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

178.     Paragraph 178 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

179.     Paragraph 179 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

180.     Paragraph 180 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

### ANSWER TO COUNT ONE

181.     Paragraph 181 of the FAC does not contain any factual allegations. To the extent Defendants are required to admit or deny any allegations, Defendants reassert and incorporate their responses to paragraphs 1 through 180 of the FAC.

182.     Paragraph 182 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

183.     Paragraph 183 of the FAC consists of legal argument and/or conclusions and a quotation of legal authority that speaks for itself, and therefore does not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

184.     Paragraph 184 of the FAC consists of legal argument and/or conclusions and a quotation of legal authority that speaks for itself, and therefore does not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

185.     Paragraph 185 of the FAC consists of a quotation of a legal authority.  That legal authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

186.     Paragraph 186 of the FAC consists of legal argument and/or conclusions and a quotation of legal authority that speaks for itself, and therefore does not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

187.   Paragraph 187 of the FAC consists of legal argument and/or conclusions and a quotation of legal authority that speaks for itself, and therefore does not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

188.   Paragraph 188 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

189.   Paragraph 189 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

190.   Paragraph 190 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

191.   In response to the allegations in paragraph 191 of the FAC, Defendants admit that they enforce and will continue to enforce the laws of the State of California, including the Unsafe Handgun Act and related regulations.  As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

192.   In response to the allegations in paragraph 192 of the FAC, Defendants admit that they enforce the laws of the State of California, including the Unsafe Handgun Act and related regulations.  The remaining allegations in Paragraph 190 of the FAC consist of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny those allegations.

193.   In response to the allegations in paragraph 193 of the FAC, Defendants admit that they enforce the laws of the State of California, including the Unsafe Handgun Act and related regulations.  The remaining allegations in Paragraph 190 of the FAC consist of legal argument and/or conclusions that do not

require admission or denial.  To the extent admission or denial is required, Defendants deny those allegations.

194.     In response to the allegations in paragraph 194 of the FAC, Defendants admit that they enforce the laws of the State of California, including the Unsafe Handgun Act and related regulations.  The remaining allegations in Paragraph 190 of the FAC consist of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny those allegations.

195.     In response to the allegations in paragraph 195 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

196.     Paragraph 196 of the FAC consists of legal argument and/or conclusions and a quotation of legal authority that speaks for itself, and therefore does not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

197.     Paragraph 197 of the FAC consists of legal argument and/or conclusions and a quotation of legal authority that speaks for itself, and therefore does not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

198.     Paragraph 198 of the FAC consists of legal argument and/or conclusions and a quotation of legal authority that speaks for itself, and therefore does not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

## ANSWER TO COUNT TWO

199.     Paragraph 199 of the FAC does not contain any factual allegations. To the extent Defendants are required to admit or deny any allegations, Defendants reassert and incorporate their responses to paragraphs 1 through 198 of the FAC.

Answer to First Amended Complaint  (20-cv-2190)

1    200.    Paragraph 200 of the FAC consists of legal argument and/or
2  conclusions that do not require admission or denial.  To the extent admission or
3  denial is required, Defendants deny all allegations.

4    201.    Paragraph 201 of the FAC describes a legal authority that speaks for
5  itself and consists of legal argument and/or conclusions that do not require
6  admission or denial.  To the extent admission or denial is required, Defendants
7  deny all allegations.

8    202.    Paragraph 202 of the FAC describes a legal authority that speaks for
9  itself and consists of legal argument and/or conclusions that do not require
10 admission or denial.  To the extent admission or denial is required, Defendants
11 deny all allegations.

12   203.    Paragraph 203 of the FAC consists of legal argument and/or
13 conclusions and a quotation of legal authority that speaks for itself, and therefore do
14 not require admission or denial.  To the extent admission or denial is required,
15 Defendants deny all allegations.

16   204.    Paragraph 204 of the FAC consists of legal argument and/or
17 conclusions and describes legal authorities that speak for themselves, and therefore
18 does not require admission or denial.  To the extent admission or denial is required,
19 Defendants deny all allegations.

20   205.    Paragraph 205 of the FAC consists of legal argument and/or
21 conclusions and describes legal authorities that speak for themselves, and therefore
22 does not require admission or denial.  To the extent admission or denial is required,
23 Defendants deny all allegations.

24   206.    Paragraph 206 of the FAC consists of legal argument and/or
25 conclusions that do not require admission or denial.  To the extent admission or
26 denial is required, Defendants deny all allegations.

27
28

207.     Paragraph 207 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

208.     Paragraph 208 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

209.     Paragraph 209 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

210.     Paragraph 210 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

211.     Paragraph 211 of the FAC consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations.

## ANSWER TO PRAYER FOR RELIEF

1.     In response to paragraph 1 in the prayer for relief in the FAC, no response is required to Plaintiff's prayer for relief.  To the extent Defendants are required to respond, they deny that Plaintiff is entitled to the requested relief.

2.     In response to paragraph 2 in the prayer for relief in the FAC, no response is required to Plaintiff's prayer for relief.  To the extent Defendants are required to respond, they deny that Plaintiff is entitled to the requested relief.

3.     In response to paragraph 3 in the prayer for relief in the FAC, no response is required to Plaintiff's prayer for relief.  To the extent Defendants are required to respond, they deny that Plaintiff is entitled to the requested relief.

4.     In response to paragraph 4 in the prayer for relief in the FAC, no response is required to Plaintiff's prayer for relief.  To the extent Defendants are required to respond, they deny that Plaintiff is entitled to the requested relief.

5.      In response to paragraph 5 in the prayer for relief in the FAC, no response is required to Plaintiff's prayer for relief.  To the extent Defendants are required to respond, they deny that Plaintiff is entitled to the requested relief.

6.      In response to paragraph 6 in the prayer for relief in the FAC, no response is required to Plaintiff's prayer for relief.  To the extent Defendants are required to respond, they deny that Plaintiff is entitled to the requested relief.

7.      In response to paragraph 7 in the prayer for relief in the FAC, no response is required to Plaintiff's prayer for relief.  To the extent Defendants are required to respond, they deny that Plaintiff is entitled to the requested relief.

8.      In response to paragraph 8 in the prayer for relief in the FAC, no response is required to Plaintiff's prayer for relief.  To the extent Defendants are required to respond, they deny that Plaintiff is entitled to the requested relief.

### DEFENSES

### FIRST DEFENSE

The FAC, and each count therein, fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

This Court lacks subject matter jurisdiction because Plaintiffs lack standing to pursue the counts in the FAC.

### THIRD DEFENSE

This Court lacks subject matter jurisdiction because Plaintiffs' claims in the FAC are unripe.

### FOURTH DEFENSE

The Court should dismiss Plaintiffs' FAC because Plaintiffs have an adequate remedy at law.

1

**RESERVATION OF DEFENSES**

The foregoing defenses are raised without waiver of any other defenses that might become known during this litigation. Defendants hereby reserves their right to amend or supplement their answer to assert any other related defenses.

## **PRAYER OF DEFENDANTS**

WHEREFORE, Defendants prays that:

1. The FAC, and all claims and prayers for relief therein, be denied in their entirety;

2. Plaintiffs take nothing from Defendants by this action;

3. Defendants be awarded its costs incurred in defending this action;

4. Defendants be awarded such further relief that the Court may deem just and proper.

Dated:  May 14, 2021                    Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


*/s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendants Attorney General Rob Bonta and Director Luis Lopez, in their official capacities*

SA2020304764
35043735.docx

33

Answer to First Amended Complaint  (20-cv-2190)

# CERTIFICATE OF SERVICE

Case Name:  **Renna, Lana Rae, et al. v.**  No.  **20-cv-2190**
            **Xavier Becerra, et al.**

I hereby certify that on <u>May 14, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ANSWER TO FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 14, 2021</u>, at Sacramento, California.

<br>

Eileen A. Ennis
Declarant

Signature

SA2020304764
35106831.docx