Raymond M. DiGuiseppe
California State Bar No. 228457
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com

Michael P. Sousa
Law Offices of Michael P. Sousa, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
Tel.: 858-453-6122
Email: msousa@msousalaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANNA RAE RENNA, et al., | Case No. 20-cv-2190-DMS (DEB) |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' UNOPPOSED MOTION TO MODIFY ORDER SETTING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE** |
| ROB BONTA, in his official capacity as California Attorney General, et al., | |
| Defendants. | |

1

Plaintiffs respectfully request, without opposition, that the Court modify the participation requirements of the Court's previous order setting the early neutral evaluation conference and case management conference, Dkt. No. 23, as follows:

The Court's order currently provides: "all parties, party representatives, including claims adjusters for insured parties, and the principal attorney(s) responsible for the litigation must participate in the ENE. This appearance must be made with full and unlimited authority to negotiate and enter into a binding settlement. In the case of a corporate entity, an authorized representative of the corporation who is not retained outside counsel must be present and must have discretionary authority to commit the company to pay an amount up to the amount of the plaintiff's prayer (excluding punitive damage prayers)."

As outlined in Plaintiffs' ENE Statement, counsel for Plaintiffs and Defendants have conferred by telephone on multiple occasions since the complaint was filed. During these conferences, counsel have specifically discussed the possibility of settlement and what any such settlement might look like. Counsel have agreed that this case presents no realistic possibility of reaching a compromise or settlement that would avoid further litigation. The case presents purely legal issues over the constitutionality of the laws, policies, practices, and customs at issue, with Plaintiffs contending they are unconstitutional and must be enjoined and Defendants contending they are lawful and must be upheld as such. Counsel have also discussed this with Judge Sabraw who has communicated that he anticipates the case will proceed into a dispositive motion phase and, if need be, trial, for these reasons.

As such, Plaintiffs respectfully request that the requirement of the participation of all parties, party representatives, and authorized representatives of corporate entity plaintiffs in the ENE conference be eliminated and that the conference be allowed proceed solely with the participation of counsel for the Plaintiffs and counsel for the Defendants, as the respective representatives of all

parties to the case. Counsel for Defendants do not oppose this motion to modify the order accordingly. Otherwise, Plaintiffs will be required to procure the participation of at least seven other individuals to satisfy the requirement of the current order. All plaintiff-parties and plaintiff-representatives are surely invested in this case, and everyone is committed to resolving the matter as efficiently and effectively as possible. However, their participation in the ENE conference would not further resolution of the matter, since all parties agree that the case is simply not suitable for a resolution short of dispositive motion and/or trial proceedings.

Respectfully submitted,

Date: September 21, 2021            /s/*Raymond M. DiGuiseppe*
                                    Raymond M. DiGuiseppe
                                    The DiGuiseppe Law Firm, P.C.
                                    4320 Southport-Supply Road, Suite 300
                                    Southport, NC 28461
                                    Tel.: 910-713-8804
                                    Email: law.rmd@gmail.com
                                    Attorneys for Plaintiffs