ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
RITA BOSWORTH
Deputy Attorney General
State Bar No. 234964
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102
  Telephone:  (415) 510-3592
  Fax:  (415) 703-1234
  E-mail:  Rita.Bosworth@doj.ca.gov
*Attorneys for Defendants Attorney
General Rob Bonta and Director Luis
Lopez, in their official capacities*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

## CIVIL DIVISION

| | |
|---|---|
| **LANA RAE RENNA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,**<br><br>Defendants. | 3:20-cv-02190-DMS-DEB<br><br>**STIPULATION TO AMEND DISCOVERY SCHEDULE**<br><br>Courtroom:  3A<br>Judge:  The Honorable Daniel E. Butcher<br>Trial Date:  March 20, 2023<br>Action Filed:  November 10, 2020 |

On September 16, 2021, Plaintiffs and Defendants jointly submitted a Joint Discovery Plan. Dkt. 25. On September 23, 2021, this Court held a case management conference, and it subsequently issued a Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings. Dkt. 30. The dates in the Court's order largely track the dates the parties agreed to in their Joint Discovery Plan. However, upon further study, the parties note that in the Court's order, the parties are required to designate their rebuttal experts prior to expert reports being exchanged. The

parties request that the Court permit potential rebuttal experts to review expert reports first. This will ensure that that the appropriate experts may be designated to testify. As such, the parties propose modifying the scheduling order to require expert reports to be exchanged prior to the disclosure of rebuttal experts.

The parties jointly propose the following case dates and deadlines:

- Fact discovery cut-off: April 22, 2022 (same as Dkt. 30)
- Initial expert disclosures and reports deadline: May 20, 2022 (changed)
- Rebuttal expert disclosures and reports deadline: June 21, 2022 (changed)
- Expert discovery cutoff: July 22, 2022 (same as Dkt. 30)

The parties agree that other dates as set forth in the Court's order, Dkt. 30, would remain the same.

Dated:  November 23, 2021    Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s/ Rita B. Bosworth*

RITA B. BOSWORTH
Deputy Attorney General
*Attorneys for Defendants Attorney General Rob Bonta and Director Luis Lopez, in their official capacities*

Dated:  November 23, 2021    THE DIGUISEPPE LAW FIRM, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com

*/s/ Raymond M. DiGuiseppe*

RAYMOND M. DIGUISEPPE
*Attorneys for Plaintiffs*

SA2020304764
42973183.docx

Stipulation to Amend Discovery Schedule (3:20-cv-02190-DMS-DEB)

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to, and I have obtained authorization to affix the electronic signatures of, the above signatories to this document.


DATED: November 23, 2021          _/s/ Rita Bosworth_
                                   Rita B. Bosworth