UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANNA RAE RENNA,<br><br>                    Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as California Attorney General,<br><br>                    Defendant. | Case No.: 20-CV-2190-DMS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**<br>**[Dkt. No. 31]** |

Before the Court is the parties' [Joint Motion] to Amend Discovery Schedule. Dkt No. 31 ("Joint Motion"). With good cause appearing, the Court grants the Joint Motion and resets the following discovery deadlines:

| Event | Deadline/Date |
|---|---|
| Initial Expert Witness Designations and Disclosures | May 20, 2022 |
| Supplemental/Rebuttal Expert Designations and Disclosures | June 21, 2022 |

All other guidelines, deadlines, and requirements remain as previously set. *See* Dkt. No. 30

**IT IS SO ORDERED**.

Dated: November 29, 2021

_____
Honorable Daniel E. Butcher
United States Magistrate Judge