The DiGuiseppe Law Firm, P.C.
Raymond M. DiGuiseppe
CA State Bar No. 228457
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

Michael P. Sousa
Law Offices of Michael P. Sousa, APC 3232 Governor Dr., Suite A
San Diego, CA 92122
Tel.: 858-453-6122
Email: msousa@msousalaw.com

William Sack
Firearms Policy Coalition
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
*Appearing Pro Hac Vice*

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

LANA RAE RENNA, et al.,
Plaintiffs,

vs.

ROB BONTA, et al.,
Defendants.

Case No.: 20-cv-2190-DMS-DEB

JOINT STIPULATION FOR THE VOLUNTARY DISMISSAL OF PLAINTIFF HANNAH SPOUSTA

1  All Plaintiffs and all Defendants, by and through their respective counsel,
2  respectfully submit this joint stipulation in accordance with F.R.C.P. 41(a)(1)(A)(ii)
3  to voluntarily dismiss all claims brought by Plaintiff Hannah Spousta.

Dated: February 16, 2022           Respectfully submitted,

*/s/Raymond M. DiGuiseppe*
The DiGuiseppe Law Firm, P.C.
Raymond M. DiGuiseppe
CA State Bar No. 228457
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

Dated: February 16, 2022           */s/Rita Bosworth*
Deputy Attorney General
CA State Bar No. 234964
455 Golden Gate Avenue, Ste. 11000
San Francisco, CA  94102-7004
Telephone: (415) 510-3592
Email: Rita.Bosworth@doj.ca.gov

2

1 **CERTIFICATION**

2     I certify that I have obtained authorization to affix to this document the
3 electronic signatures of the above-listed signatories, pursuant to Section 2(f)(4) of
4 the Electronic Case Filing Administrative Policies and Procedures Manual.

5 DATED: February 16, 2022          ***/s/ Raymond M. DiGuiseppe***

6                                                 Raymond M. DiGuiseppe