The DiGuiseppe Law Firm, P.C.
Raymond M. DiGuiseppe
CA State Bar No. 228457
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

Michael P. Sousa
Law Offices of Michael P. Sousa, APC 3232 Governor Dr., Suite A
San Diego, CA 92122
Tel.: 858-453-6122
Email: msousa@msousalaw.com

William Sack
Firearms Policy Coalition
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
Tel: 916-596-3492
Email: Wsack@FPCLaw.Org
*Appearing Pro Hac Vice*

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANA RAE RENNA, et al.,<br>Plaintiffs,<br><br>vs.<br><br>ROB BONTA, et al.,<br>Defendants. | Case No.: 20-cv-2190-DMS-DEB<br><br>NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF RICHARD BAILEY |

**NOTICE TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that through this motion Raymond M. DiGuiseppe of the DiGuiseppe Law Firm, P.C., Michael P. Sousa of the Law Offices of Michael P. Sousa, APC, and William Sack of Firearms Policy Coalition ("Plaintiffs' Counsel"), hereby request leave to withdraw as counsel of record for Plaintiff Richard Bailey (and Plaintiff Bailey only) pursuant to District Local Rule 83.3(f)(3).

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF BAILEY**

As detailed in the supporting Declaration of Raymond M. DiGuiseppe, Plaintiff Bailey's continuing lack of response to communications from Plaintiffs' Counsel and failure to participate in the discovery process, and the lack of any indication that he intends to participate and cooperate as necessary in the future unfortunately compel Plaintiffs' Counsel to seek withdrawal as counsel for Plaintiff Bailey. Accordingly, Plaintiffs' Counsel bring this motion requesting such relief.

Dated: February 18, 2022

Respectfully submitted,

***/s/Raymond M. DiGuiseppe***
The DiGuiseppe Law Firm, P.C.
Raymond M. DiGuiseppe
CA State Bar No. 228457
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

Dated: February 18, 2022

Respectfully submitted,

***/s/Michael P. Sousa***
Michael P. Sousa
Law Offices of Michael P. Sousa,
APC 3232 Governor Dr., Suite A
San Diego, CA 92122
Tel.: 858-453-6122
Email: msousa@msousalaw.com

Dated: February 18, 2022

Respectfully submitted,

***/s/William Sack***
William Sack
Firearms Policy Coalition
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
Tel: 916-596-3492
Email: Wsack@FPCLaw.Org
*Appearing Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

LANA RAE RENNA, et al.,
Plaintiffs,

vs.

ROB BONTA, et al.,
Defendants.

Case No.: 20-cv-2190-DMS-DEB

CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 4320 Southport-Supply Road Suite 300, Southport, NC 28461. I am not a party to the above-entitled action.

I have caused service of the foregoing Motion to Withdraw as Counsel for Richard Bailey and the Declaration of Raymond M. DiGuiseppe in Support of the Motion on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF system which provides notice and service to them:

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN, SBN 267308
RITA BOSWORTH, SBN 234964
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (415) 510-3592
Fax: (415) 703-5480
E-mail: Rita.Bosworth@doj.ca.gov
Attorneys for Defendants Attorney General
Rob Bonta and Director Luis Lopez, in their official capacities

Additionally, a copy of the foregoing Motion and Supporting Declaration has been served on Plaintiff Richard Bailey via his verified e-mail address and by priority mail with delivery confirmation to his verified physical mailing address.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 18, 2022.

*/s/Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe