1
2
3
4
5
6

The DiGuiseppe Law Firm, P.C.
Raymond M. DiGuiseppe
CA State Bar No. 228457
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

7
8
9
10

Michael P. Sousa
Law Offices of Michael P. Sousa, APC 3232 Governor Dr., Suite A
San Diego, CA 92122
Tel.: 858-453-6122
Email: msousa@msousalaw.com

11
12
13
14
15
16

William Sack
Firearms Policy Coalition
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
Tel: 916-596-3492
Email: Wsack@FPCLaw.Org
*Appearing Pro Hac Vice*

17
18

Attorneys for Plaintiffs

19
20

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

21
22
23
24
25
26
27
28

| | |
|---|---|
| LANA RAE RENNA, et al.,<br>Plaintiffs,<br><br>vs.<br><br>ROB BONTA, et al.,<br>Defendants. | Case No.: 20-cv-2190-DMS-DEB<br><br>DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF RICHARD BAILEY |

1

## **DECLARATION OF RAYMOND M. DIGUISEPPE**

I, Raymond M. DiGuiseppe, am not a party in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

1.    Defendant Luis Lopez served Plaintiff Bailey with Defendant Lopez's First Set of Written Discovery on December 15, 2021. Defendant Lopez served the same set of discovery on the rest of the Plaintiffs.

2.    Co-counsel and I drafted responses to Defendant Lopez's discovery requests on behalf of all the Plaintiffs, including Plaintiff Bailey, and transmitted those draft responses to them for their review and approval. All the Plaintiffs have responded to our communications by participating in the discovery process so that we could properly and timely complete their responses, with the sole exception of Plaintiff Bailey.

3.    Co-counsel and I have contacted Plaintiff Bailey numerous times through multiple verified contact methods in an attempt to connect with him and engage him in the discovery process, each time emphasizing the need for his timely participation and cooperation in the case. These contacts were as follows:

- January 18, 2022: Email
- January 20, 2022: Email
- January 21, 2022: Phone call to Plaintiff Bailey's cell phone, with voice message
- January 21, 2022: Text message to Plaintiff Bailey's cell phone
- January 24, 2022: Phone call to Plaintiff Bailey's cell phone with voice message
- January 25, 2022: Phone call to Plaintiff Bailey's cell phone
- February 2, 2022: Email

- February 8, 2022: Phone call to City Hall of Coronado, California, where Plaintiff Bailey maintains the Office of Mayor (attempted to leave a voice message but his voicemail box was full)

- February 12, 2022: Email

4.     In the email I sent to Plaintiff Bailey on February 12, 2022, I again emphasized the need for an immediate response and confirmation that he intends to engage and participate as necessary in the case. I further stated that if we did not receive a response by the close of business on February 14, 2022, we would have to assume he no longer desires or intends to participate in the case and we would be forced to move for withdrawal as his counsel in the case.

5.     Still, none of us has received any response from Plaintiff Bailey.

6.     In the absence of any communication, participation, or apparent intent to communicate or participate in the case, Plaintiffs' Counsel cannot effectively represent Plaintiff Bailey's interests in the matter nor properly discharge the legal and ethical responsibilities that attorneys are required to discharge for clients.

7.     A copy of the Motion and Declaration have been served on all counsel and Plaintiff Bailey, as provided in the attached Certificate of Service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2022

*/s/Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe, Declarant