# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA RAE RENNA, et al.,<br>Plaintiffs,<br><br>vs.<br><br>ROB BONTA, et al.,<br>Defendants. | Case No.: 20-cv-2190-DMS-DEB<br><br>ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF RICHARD BAILEY |

Having considered the motion of Raymond M. DiGuiseppe of the DiGuiseppe Law Firm, P.C., Michael P. Sousa of the Law Offices of Michael P. Sousa, APC, and William Sack of Firearms Policy Coalition ("Plaintiffs' Counsel"), and the supporting Declaration of Raymond M. DiGuiseppe, through which Plaintiffs' Counsel seek withdrawal as counsel of record for Plaintiff Richard Bailey (and Plaintiff Bailey only) pursuant to District Local Rule 83.3(f)(3), the Court finds good cause to grant the motion and hereby relieves them as Plaintiff Bailey's counsel.

**IT IS SO ORDERED.**

Dated: February 23, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court