Rob Bonta
Attorney General of California
Anthony R. Hakl
Supervising Deputy Attorney General
Rita B. Bosworth
Deputy Attorney General
State Bar No. 234964
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3592
 Fax:  (415) 703-5480
 E-mail:  Rita.Bosworth@doj.ca.gov
*Attorneys for Defendants Attorney General Rob Bonta and Director of the Bureau of Firearms Luis Lopez, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANA RAE RENNA et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,**<br><br>Defendants. | Case No. 3:20-cv-02190-DMS-DEB<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS UNDER RULE 41 FOR FAILURE TO PROSECUTE (ECF No. 37)**<br><br>Judge:          Hon. Dana M. Sabraw<br>Courtroom:  13A<br>Trial Date:    3/20/2023<br>Action Filed: 11/10/2020 |

| | |
|---|---|
| 1 | TO THE HONORABLE COURT, ALL PARTIES, AND THEIR |
| 2 | RESPECTIVE ATTORNEYS OF RECORD: |
| 3 | PLEASE TAKE NOTICE THAT Defendants California Attorney General |
| 4 | Rob Bonta in his official capacity, and Luis Lopez, in his official capacity as |
| 5 | Director of the California Department of Justice Bureau of Firearms, through their |
| 6 | respective counsel of record, hereby withdraw their Motion to Dismiss Under Rule |
| 7 | 41 for Failure to Prosecute, filed with the Court on April 14, 2022, at ECF No. 37. |
| 8 | The Motion to Dismiss is being withdrawn for scheduling reasons only. Pursuant to |
| 9 | Civil Local Rule 7.1.b, Defendants have obtained a hearing date of May 27, 2022, |
| 10 | and Defendants will be refiling the Motion to Dismiss with the set hearing date and |
| 11 | time noticed on the pleadings shortly. |

Dated: April 25, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*s/ Rita B. Bosworth*

RITA B. BOSWORTH
Deputy Attorney General
*Attorneys for Defendants*

SA2020304764
43193221.docx

# CERTIFICATE OF SERVICE

Case Name:   *Lana Rae Renna et al. v. Xavier Becerra et al.*
Case No.:    **3:20-cv-02190-DMS-DEB**

I hereby certify:

    I am employed by the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am over the age of 18 years and not a party to this matter. I am familiar with the Office of the Attorney General's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and I am also familiar with transmitting correspondence electronically.

    On <u>April 25, 2022</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS UNDER RULE 41 FOR FAILURE TO PROSECUTE (ECF No. 37)**

Participants in the case who are registered CM/ECF users were served by the CM/ECF system.

    I further certify that some of the participants in the case are not registered CM/ECF users. Therefore, on <u>April 25, 2022</u>, I transmitted a true copy of the attached document via electronic mail to the following e-mail address. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Richard Bailey**
**1522 First Street, M111**
**Coronado, CA 92118**
**E-Mail: richard.patrick.bailey@gmail.com**
*Plaintiff in Pro Se*

    I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

    Executed on <u>April 25, 2022</u>, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|:---:|:---:|
| Declarant | Signature |