UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA RAE RENNA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity; LUIS LOPEZ, in his official capacity, <br><br> Defendants. | Case No.: 20-cv-2190-DMS-DEB <br><br> **ORDER RE: ORAL ARGUMENT** |

Pending before the Court is Defendants' motion to dismiss Plaintiff Richard Bailey under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the May 27, 2022 hearing is vacated.

**IT IS SO ORDERED.**

Dated: May 24, 2022

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court