The DiGuiseppe Law Firm, P.C.
Raymond M. DiGuiseppe
CA State Bar No. 228457
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

Michael P. Sousa
Law Offices of Michael P. Sousa, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
T: 858-453-6122
E: msousa@msousalaw.com

William Sack
Firearms Policy Coalition
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
*Appearing Pro Hac Vice*

*Attorneys for Plaintiffs*

Rob Bonta
Attorney General of California
Anthony R. Hakl
Supervising Deputy Attorney General
Rita B. Bosworth
Deputy Attorney General
CA State Bar No. 234964
455 Golden Gate Avenue, Ste 11000
San Francisco, CA 94102
P: 415-510-3592
E: Rita.Bosworth@doj.ca.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LANA RAE RENNA, et al.,** <br> **Plaintiffs,** <br><br> **vs.** <br><br> **ROB BONTA, et al.,** <br> **Defendants.** | Case No.: 20-cv-2190-DMS-DEB <br><br> **JOINT STIPULATION AND MOTION TO VACATE SCHEDULING ORDER** |

    The parties hereby make this joint stipulation and motion to vacate the pretrial Scheduling Order for the reasons that follow:

1

On June 23, 2022, the United States Supreme Court issued its opinion in *New York State Rifle & Pistol Association, Inc. v. Bruen*, __ U.S. __, 142 S.Ct. 2111 (2022), and significantly changed the legal landscape in Second Amendment cases by establishing a new framework for analyzing Second Amendment claims.

*Bruen* is already impacting other cases involving Second Amendment claims. *See e.g., McDougall v. Ventura County*, Ninth Circuit case no. 20-56220 (reversing and remanding for further proceedings consistent with *Bruen*); *Martinez v. Villanueva*, Ninth Circuit case no. 20-56233 (same); *Nguyen v. Bonta*, case no. 3:20-cv-02470-WQH-MDD (ordering supplemental briefing and inviting submission of supplemental evidence on pending cross-motions for summary judgment, so as to address the proper resolution of the claims in light of *Bruen's* impact on the analysis).

It is also expected that *Bruen* will significantly impact the manner in which the Second Amendment claims are resolved here. Accordingly, the parties stipulate and agree that the current Scheduling Order (ECF No. 30; ECF No. 32) be vacated, and they respectfully request the Court's consent to do so for good cause under FRCP rule 16(b)(4).

The parties further stipulate and agree that Plaintiffs will file a second-amended complaint on or before August 22, 2022, with the case to thereafter proceed in accordance with the process and timelines set forth in the applicable rules.

A new scheduling order and any other matters related to the process ahead can be discussed and resolved as necessary and appropriate for efficiency at the upcoming status conference currently scheduled for July 29, 2022.

Dated: July 19, 2022                           Respectfully submitted,

/s/Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
Raymond M. DiGuiseppe
CA State Bar No. 228457
4320 Southport-Supply Road
Suite 300

|   |   |   |
|---|---|---|
| 1 | | Southport, NC 28461 |
| 2 | | P: 910-713-8804 |
| 3 | | E: law.rmd@gmail.com |
| 4 | Dated: July 19, 2022 | ***/s/Rita Bosworth*** |
| 5 | | Deputy Attorney General |
| 6 | | CA State Bar No. 234964 |
| 7 | | 455 Golden Gate Avenue, Ste. 11000 |
|   | | San Francisco, CA 94102-7004 |
| 8 | | Telephone: (415) 510-3592 |
|   | | Email: Rita.Bosworth@doj.ca.gov |

**CERTIFICATION**

I certify that I have obtained authorization to affix to this document the electronic signatures of the above-listed signatories, pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual.

DATED: July 19, 2022                    ***/s/ Raymond M. DiGuiseppe***

Raymond M. DiGuiseppe

3