1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| LANNA RAE RENNA, | Case No.:  20-CV-2190-DMS-DEB |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO VACATE SCHEDULING ORDER** |
| ROB BONTA, in his official capacity as California Attorney General, | |
| Defendant. | **[DKT. NO. 45]** |

    The parties' Joint Motion to Vacate Scheduling Order is granted. Dkt. No. 45. With the exception of the July 29, 2022 Status Conference, the Court VACATES all dates and deadlines currently set in this matter. Dkt. Nos. 30, 32. Plaintiffs must file a second amended complaint on or before August 22, 2022.

    **IT IS SO ORDERED**.

Dated:  July 22, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge