# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA RAE RENNA, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms, <br><br>   Defendants. | Case No.: 3:20-cv-2190-DMS-AGS <br><br> **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME** |

Plaintiffs and Defendants jointly move for an order extending the time for Defendants Attorney General Rob Bonta and Director Luis Lopez to file a response to the Second Amended Complaint (SAC) from September 5 to October 6, 2022. Defendants further request that, if they file a Rule 12(b) motion, their deadline to file an answer be extended until fourteen days after the Court rules on that motion.

Given the expanded complexity of the SAC and the points raised in the joint motion, good cause exists for the extension. The Court thus grants the parties' joint motion, extending the time to respond to **October 6, 2022**, and allowing Defendants to file their answer fourteen days after the Court rules on a Rule 12(b) motion, if filed.

   **IT IS SO ORDERED.**
Dated: August 30, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court