ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General
State Bar No. 267308
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as California Attorney General, and Blake Graham, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANA RAE RENNA et al.,** | 3:20-cv-02190-DMS-DEB |
| Plaintiffs, | **JOINT MOTION AND STIPULATION REGARDING PLAINTIFFS' CLAIMS CHALLENGING SENATE BILL 1327** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of California; and BLAKE GRAHAM, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms,** | Judge: The Honorable Dana M. Sabraw<br>Trial Date: None set<br>Action Filed: 11/10/2020 |
| Defendants. | |

# JOINT MOTION

Plaintiffs and Defendants respectfully submit this Joint Motion in accordance with Local Civil Rule 7.2. Plaintiffs and Defendants have entered into the stipulation below regarding Plaintiffs' fourth through seventh claims in the Second Amended Complaint, which challenge the constitutionality of section 2 of Senate Bill 1327, codified in California Code of Procedure section 1021.11. The parties respectfully ask the Court to approve the stipulation so that, in accordance with Local Rules, the stipulation is binding on the Court. *See* L. Civ. R. 7.2(a), (b).

Dated: September 28, 2022         Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


*/s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorneys General
*Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, and Blake Graham, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms*

Dated: September 28, 2022         Respectfully submitted,

*/s/ Raymond M. DiGuiseppe*
The DiGuiseppe Law Firm, P.C.
Raymond M. DiGuiseppe
CA State Bar No. 228457
4320 Southport-Supply Road
Suite 300
Southport, NC 28461

## STIPULATION

Plaintiffs and Defendants stipulate as follows:

WHEREAS, Plaintiffs filed their Second Amendment Complaint for Declaratory and Injunction Relief, ECF No. 49 ("SAC"), in this action on August 22, 2022;

WHEREAS, the fourth through seventh claims in the SAC challenge the constitutionality of section 2 of Senate Bill 1327, codified in California Code of Procedure section 1021.11 ("Section 1021.11");

NOW THEREFORE,

1. Defendants agree that they will not seek to recover attorneys' fees or costs against any of the Plaintiffs, any of their attorneys, or any of their attorney's law firms pursuant to Section 1021.11 in connection with this action. This stipulation does not affect Defendants' rights to seek to recover attorneys' fees or costs pursuant to any other legal authority. This stipulation also does not affect Defendants' rights to seek to recover attorneys' fees and costs incurred in any other lawsuit.

2. All Plaintiffs agree to promptly dismiss the fourth through seventh claims in the SAC. Plaintiffs Renna, Jaymes, Laura Schwartz, Michael Schwartz, Macomber, Freeman, Klier, Smith, Phillips, Cheryl Prince, Darin Prince, Ryan Peterson, and Leonard Ruebe agree to dismiss the fourth through seventh claims with prejudice. The remaining Plaintiffs may dismiss the fourth through seventh claims without prejudice.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: September 28, 2022 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | ANTHONY R. HAKL |
| 4 | | Supervising Deputy Attorney General |

/s/ Gabrielle D. Boutin
GABRIELLE D. BOUTIN
Deputy Attorneys General
*Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, and Blake Graham, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms*

Dated: September 28, 2022                    Respectfully submitted,

/s/ Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
Raymond M. DiGuiseppe
CA State Bar No. 228457
4320 Southport-Supply Road
Suite 300
Southport, NC 28461

4

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to, and I have obtained authorization to affix the electronic signatures of, the above signatories to this document.

DATED: September 28, 2022                                 */s/ Gabrielle D. Boutin*
                                                                                  Gabrielle D. Boutin

# CERTIFICATE OF SERVICE

| Case Name: | **Lana Rae Renna et al. v. Xavier Becerra et al.** | No. | **3:20-cv-02190-DMS-DEB** |
|---|---|---|---|

I hereby certify that on <u>September 28, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION AND STIPULATION REGARDING PLAINTIFFS' CLAIMS CHALLENGING SENATE BILL 1327**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 28, 2022</u>, at Sacramento, California.

| Ritta Mashriqi | */s/Ritta Mashriqi* |
|---|---|
| Declarant | Signature |

SA2020304764
36592737.docx