The DiGuiseppe Law Firm, P.C.
Raymond M. DiGuiseppe
CA State Bar No. 228457
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

Michael P. Sousa
Law Offices of Michael P. Sousa, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
T: 858-453-6122
E: msousa@msousalaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANA RAE RENNA, et al.,**<br>**Plaintiffs,**<br><br>**vs.**<br><br>**ROB BONTA, et al.,**<br>**Defendants.** | Case No.: 20-cv-2190-DMS-DEB<br><br>**MOTION TO EXTEND DEADLINE FOR REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELMINARY INJUNCTION**<br><br>Date:   October 7, 2022<br>Time:  1:30 p.m.<br>Department: 13A<br>Hon.: Dana M. Sabraw |

Plaintiffs' reply to Defendants' opposition to the motion for temporary restraining order and preliminary injunction is currently due Friday, September 30, 2022, and the hearing is currently set for October 7, 2022. As lead counsel, I have been diligently working on the reply brief and fully intended to have the brief timely filed by the current deadline. However, there has been death of a close relative in my family. The funeral services are tomorrow morning, out of state. I need to be there. Consequently, I have had to spend most of today traveling, and I will be preoccupied most of the day on Friday and Saturday with the services and family gatherings. With all the work done on the brief to date, it is substantially complete. However, this process always also involves consultation with the clients, who must review the brief and raise any questions or comments they may have, which counsel must have adequate opportunity to address before finalizing the brief. Given my limited availability today, tomorrow, and over the weekend, this process cannot realistically be completed by the current deadline, as I will not be returning until late Sunday.

For these reasons, I respectfully request on behalf of Plaintiffs that the deadline to file the reply brief be extended to Tuesday, October 4, 2022, with the hearing to remain on calendar for October 7, 2022. If at all possible, we will file the brief sooner, on Monday, the 3rd. I have discussed this situation with counsel for Defendants, and she has stated that Defendants do not oppose this request.

Dated: September 29, 2022                    Respectfully submitted,

*/s/Raymond M. DiGuiseppe*
The DiGuiseppe Law Firm, P.C.
Raymond M. DiGuiseppe
CA State Bar No. 228457
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

2