IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA RAE RENNA, et al.,<br>Plaintiffs,<br><br>vs.<br><br>ROB BONTA, et al.,<br>Defendants. | 20-cv-02190-DMS-DEB<br><br>**ORDER GRANTING EXTENSION FOR REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELMINARY INJUNCTION**<br><br>Date:  October 7, 2022<br>Time:  1:30 p.m.<br>Department: 13A<br>Hon.: Dana M. Sabraw |

Plaintiffs have a submitted motion to extend the time to file the reply to Defendants' opposition to the motion for temporary restraining order and preliminary injunction, up to and including October 4, 2022. Having considered the same, and good cause appearing, the Court hereby grants the motion and extends the deadline for the reply to October 4, 2022.

Dated: September 30, 2022

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court