IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANA RAE RENNA et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California; and BLAKE GRAHAM, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms,**<br><br>Defendants. | 3:20-cv-02190-DMS-DEB<br><br>**ORDER ON JOINT MOTION AND STIPULATION REGARDING PLAINTIFFS' CLAIMS CHALLENGING SENATE BILL 1327**<br><br>Judge:    The Honorable Dana M. Sabraw<br>Trial Date:    None set<br>Action Filed: 11/10/2020 |

On September 28, 2022, the parties filed a Joint Motion and Stipulation Regarding Plaintiffs' Claims Challenging Senate Bill 1327. ECF No. 57. The stipulation therein ("Stipulation") relates to Plaintiffs' fourth through seventh claims in the Second Amended Complaint (SAC), which challenge the constitutionality of section 2 of Senate Bill 1327, codified in California Code of Procedure section 1021.11.

In the Stipulation, Defendants agree that they will not seek to recover attorneys' fees or costs against any of the Plaintiffs, any of their attorneys, or any of their attorney's law firms pursuant to Section 1021.11 in connection with this action. The Stipulation does not affect Defendants' rights to seek to recover attorneys' fees or costs pursuant to any other legal authority. The Stipulation also does not affect Defendants' rights to seek to recover attorneys' fees and costs incurred in any other lawsuit.

In addition, Plaintiffs agree to promptly dismiss the fourth through seventh claims in the SAC. Plaintiffs Renna, Jaymes, Laura Schwartz, Michael Schwartz, Macomber, Freeman, Klier, Smith, Phillips, Cheryl Prince, Darin Prince, Ryan Peterson, and Leonard Ruebe agree to dismiss the fourth through seventh claims with prejudice. The remaining Plaintiffs may dismiss the fourth through seventh claims without prejudice.

In accordance with Local Civil Rule 7.2(a), the Court hereby approves the Stipulation so that it is binding on the Court.

**IT IS SO ORDERED.**
Dated: September 30, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court