1  Raymond M. DiGuiseppe
2  The DiGuiseppe Law Firm, P.C.
   4320 Southport-Supply Road, Suite 300
3  Southport, NC 28461
   P: 910-713-8804
4  E: law.rmd@gmail.com

5  Michael P. Sousa
   LAW OFFICES OF MICHAEL P. SOUSA, APC
6  3232 Governor Dr., Suite A
   San Diego, CA 92122
7  P: 858-453-6122
   E: msousa@msousalaw.com

8  Attorneys for Plaintiffs

11           **UNITED STATES DISTRICT COURT**

12           **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lana Rae Renna, et al, | Case No.: 20-cv-2190-DMS-DEB |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| v. | |
| Robert Bonta, Attorney General of California, et al, | |
| Defendants. | Complaint filed: November 10, 2020<br>First Amended Complaint filed: Jan. 4, 2021<br>Second Amended Complaint filed: Aug. 22, 2022 |
| | Hearing Date: October 7, 2022<br>Time:          1:30 p.m.<br>Department:  13A<br>Hon.:           Dana M. Sabraw |

NOTICE OF WITHDRAWAL OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**To the Court, all parties, and their attorneys of record:**

Plaintiffs by and through their counsel notify the Court and all parties that they withdraw and shall no longer further pursue the currently pending motion for a temporary restraining order and preliminary injunction that was the subject of the hearing on October 7, 2022. *See* Dkt. No. 53 (Notice), Dkt. No. 53-1 (Memorandum of Supporting Points and Authorities), Dkt. No. 61 (Reply to Defendants' Opposition).

Respectfully submitted,

Dated: October 8, 2022

The DiGuiseppe Law Firm, P.C.

By   /s/ *Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
Attorneys for Plaintiffs

NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
-1-