The DiGuiseppe Law Firm, P.C.
Raymond M. DiGuiseppe
CA State Bar No. 228457
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

Michael P. Sousa
Law Offices of Michael P. Sousa,
APC 3232 Governor Dr., Suite A
San Diego, CA 92122
Tel.: 858-453-6122
Email: msousa@msousalaw.com

William Sack
Firearms Policy Coalition
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
*Appearing Pro Hac Vice*

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANA RAE RENNA, et al., <br> Plaintiffs, <br><br> vs. <br><br> ROB BONTA, et al., <br> Defendants. | Case No.: 20-cv-2190-DMS-DEB <br><br> JOINT MOTION AND STIPULATION CONCERNING PLAINTIFFS' VOLUNTARY DISMISSAL OF COUNTS TWO THROUGH SEVEN OF THE SECOND AMENDED COMPLAINT AND THE FILING OF A THIRD AMENDED COMPLAINT |

All Plaintiffs and all Defendants, by and through their respective counsel, respectfully submit this joint motion and stipulation concerning Plaintiffs' intention to voluntarily dismiss Counts Two through Seven of the Second Amended Complaint:

1. As to Counts Four, Five, Six, and Seven of the Second Amended Complaint, in accordance with the previous Order on Joint Motion and Stipulation Regarding Plaintiffs' claims challenging Senate Bill 1327 (*see* Dkt. No 60):

    a. Plaintiffs Renna, Jaymes, Laura Schwartz, Michael Schwartz, Macomber, Freeman, Klier, Smith, Phillips, Cheryl Prince, Darin Prince, Ryan Peterson, and Leonard Ruebe shall dismiss these counts with prejudice; and

    b. Plaintiffs PWGG, L.P., North County Shooting Center, Inc., Gunfighter Tactical, LLC, Firearms Policy Coalition, Inc., San Diego County Gun Owners PAC, Citizens Committee for the Right to Keep and Bear Arms, and Second Amendment Foundation shall dismiss these counts without prejudice.

2. All Plaintiffs shall dismiss Count Two of the Second Amended Complaint without prejudice.

3. All Plaintiffs shall dismiss Count Three of the Second Amended Complaint without prejudice.

To effect the above dismissal of claims, Plaintiffs shall file a Third Amended Complaint on or before October 31, 2022, pursuant to FRCP Rule 15 (a)(2), and Defendants' response to the same shall be due on or before November 14, 2022. Plaintiffs' Third Amended Complaint shall not add or amend any substantive allegations other than to effect the above dismissal.

Based on the foregoing stipulation, the parties agree that Defendants' pending motion to dismiss Count Three for failure to state a claim (Dkt. No. 62) is moot.

Dated: October 19, 2022      Respectfully submitted,

*/s/Raymond M. DiGuiseppe*
The DiGuiseppe Law Firm, P.C.
Raymond M. DiGuiseppe
CA State Bar No. 228457
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

Dated: October 19, 2022

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s/ Gabrielle D. Boutin*

GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, and Blake Graham, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms*

## CERTIFICATION

I certify that I have obtained authorization to affix to this document the electronic signatures of the above-listed signatories, pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual.

DATED: October 19, 2022      */s/ Raymond M. DiGuiseppe*

Raymond M. DiGuiseppe