1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA RAE RENNA, et al., <br> Plaintiffs, <br><br> vs. <br><br> ROB BONTA, et al., <br> Defendants. | Case No.: 20-cv-2190-DMS-DEB <br><br> ORDER ON JOINT MOTION AND STIPULATION CONCERNING PLAINTIFFS' VOLUNTARY DISMISSAL OF COUNTS TWO THROUGH SEVEN OF THE SECOND AMENDED COMPLAINT AND THE FILING OF A THIRD AMENDED COMPLAINT |

On October 19, 2022, the parties filed a Joint Motion and Stipulation Concerning Plaintiffs' Voluntary Dismissal of Counts Two Through Seven of the Second Amended Complaint and the Filing of a Third Amended Complaint ("Stipulation"). Having reviewed the Stipulation and good cause appearing, the Court ORDERS as follows:

    1.    As to Counts Four, Five, Six, and Seven of the Second Amended Complaint, in accordance with the previous Order on Joint Motion and Stipulation Regarding Plaintiffs' claims challenging Senate Bill 1327 (*see* Dkt. No 60):

        a.    Plaintiffs Lana Rae Renna, Danielle Jaymes, Laura Schwartz, Michael Schwartz, Robert Macomber, Clint

Freeman, John Klier, Justin Smith, John Phillips, Cheryl Prince, Darin Prince, Ryan Peterson, and Leonard Ruebe shall dismiss these counts with prejudice; and

b. Plaintiffs PWGG, L.P., North County Shooting Center, Inc., Gunfighter Tactical, LLC, Firearms Policy Coalition, Inc., San Diego County Gun Owners PAC, Citizens Committee for the Right to Keep and Bear Arms, and Second Amendment Foundation shall dismiss these counts without prejudice.

2. All Plaintiffs shall dismiss Count Two of the Second Amended Complaint without prejudice.

3. All Plaintiffs shall dismiss Count Three of the Second Amended Complaint without prejudice.

To effect the above dismissal of claims, Plaintiffs shall file a Third Amended Complaint on or before October 31, 2022, pursuant to FRCP Rule 15 (a)(2), and Defendants' response to the same shall be due on or before November 14, 2022. Plaintiffs' Third Amended Complaint shall not add or amend any substantive allegations other than to effect the above dismissal.

Based on the foregoing stipulation, Defendants' pending motion to dismiss Count Three for failure to state a claim (Dkt. No. 62) is denied without prejudice as moot.

**IT IS SO ORDERED.**

Dated: 10/20/2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court