| | |
|---|---|
| Raymond M. DiGuiseppe<br>The DiGuiseppe Law Firm, P.C.<br>4320 Southport-Supply Road, Suite 300<br>Southport, NC 28461<br>P: 910-713-8804<br>E: law.rmd@gmail.com | Michael P. Sousa<br>Law Offices of Michael P. Sousa, APC<br>3232 Governor Dr., Suite A<br>San Diego, CA 92122<br>P: 858-453-6122<br>E: msousa@msousalaw.com |
| Bradley A. Benbrook<br>Stephen M. Duvernay<br>Benbrook Law Group, PC<br>701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>P: 916-447-4900<br>E: brad@benbrooklawgroup.com | William A. Sack<br>Firearms Policy Coalition<br>426 Campbell Avenue<br>Havertown, PA 19083<br>P: 916-596-3492<br>E: Wsack@fpclaw.org |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lana Rae Renna; Danielle Jaymes; Laura Schwartz; Michael Schwartz; Robert Macomber; Clint Freeman; John Klier; Justin Smith; John Phillips; Cheryl Prince; Darin Prince; Ryan Peterson; PWGG, L.P.; North County Shooting Center, Inc.; Gunfighter Tactical, LLC; Firearms Policy Coalition, Inc.; San Diego County Gun Owners PAC; Citizens Committee for the Right to Keep and Bear Arms; and Second Amendment Foundation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Robert Bonta, Attorney General of California; and Allison Mendoza, Director of the California Department of Justice Bureau of Firearms,<br><br>　　　　　　　Defendants. | Case No.: 20-cv-2190-DMS-DEB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 10, 2023<br>Time: 1:30 p.m.<br>Courtroom 13A (13th Floor)<br>Hon. Dana M. Sabraw |

1 To all parties and their attorneys of record:

2 Please take notice that on February 10, 2023, at 1:30 p.m. or as soon thereafter
3 as the matter may be heard, before the Honorable Dana M. Sabraw, Courtroom 13A
4 (13th Floor), United States District Court, Southern District of California, James M.
5 Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego,
6 California, Plaintiffs Lana Rae Renna, et al. will and hereby do move the Court for a
7 preliminary injunction or, alternatively, for summary judgment.

8 Plaintiffs respectfully request a preliminary injunction enjoining the
9 enforcement of the State of California's prohibition on the retail sale of handguns that
10 are not listed on the Roster of Certified Handguns Certified for Sale, as set forth in the
11 Unsafe Handgun Act ("UHA") and detailed in California Penal Code §§ 32000,
12 31910, 32015(a). Injunctive relief is appropriate because the UHA's prohibition on
13 the sale of off-Roster handguns that are in common use throughout the United States
14 violates the right to keep and bear arms secured by the Second Amendment.

15 Plaintiffs further request that this Court consolidate the preliminary injunction
16 hearing with the trial on the merits under Fed. R. Civ. P. 65(a)(2) and issue a
17 permanent injunction order that declares unconstitutional and restrains Defendants
18 from enforcing the UHA's prohibition on the sale of off-Roster handguns.

19 Alternatively, Plaintiffs request that the Court treat this motion as a motion for
20 summary judgment. Summary judgment in Plaintiffs' favor is appropriate because
21 there is no genuine issue as to any material fact because the UHA's prohibition on the
22 sale of off-Roster handguns that are in common use throughout the United States
23 violates the right to keep and bear arms secured by the Second Amendment.

24 This motion shall be based on this notice of motion and motion; the
25 memorandum of points and authorities in support; the statement of undisputed facts
26 that accompanies this motion; the declarations and evidence filed concurrently
27 herewith; the matters on file with this Court (including the evidence submitted by
28

Plaintiffs in opposition to Defendant's motion to dismiss, ECF Nos. 13-1 through 13-25); and upon any further matters the Court deems appropriate.

Dated:  December 22, 2022

| The DiGuiseppe Law Firm, P.C. | Benbrook Law Group, PC |
|---|---|
| By s/ Raymond M. DiGuiseppe<br>Raymond M. DiGuiseppe<br>Attorneys for Plaintiffs | By s/ Bradley A. Benbrook<br>Bradley A. Benbrook<br>Attorneys for Plaintiffs |