Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

Michael P. Sousa
Law Offices of Michael P. Sousa, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
P: 858-453-6122
E: msousa@msousalaw.com

Bradley A. Benbrook
Stephen M. Duvernay
Benbrook Law Group, PC
701 University Avenue, Suite 106
Sacramento, CA 95825
P: 916-447-4900
E: brad@benbrooklawgroup.com

William A. Sack
Firearms Policy Coalition
426 Campbell Avenue
Havertown, PA 19083
P: 916-596-3492
E: Wsack@fpclaw.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lana Rae Renna; Danielle Jaymes; Laura Schwartz; Michael Schwartz; Robert Macomber; Clint Freeman; John Klier; Justin Smith; John Phillips; Cheryl Prince; Darin Prince; Ryan Peterson; PWGG, L.P.; North County Shooting Center, Inc.; Gunfighter Tactical, LLC; Firearms Policy Coalition, Inc.; San Diego County Gun Owners PAC; Citizens Committee for the Right to Keep and Bear Arms; and Second Amendment Foundation,<br><br>    Plaintiffs,<br><br>  v.<br><br>Robert Bonta, Attorney General of California; and Allison Mendoza, Director of the California Department of Justice Bureau of Firearms,<br><br>    Defendants. | Case No.: 20-cv-2190-DMS-DEB<br><br>**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 10, 2023<br>Time: 1:30 p.m.<br>Courtroom 13A (13th Floor)<br>Hon. Dana M. Sabraw |

Plaintiffs submit this Separate Statement of Undisputed Material Facts to the extent the Court elects to treat this motion as a Motion for Summary Judgment:

| Undisputed Fact | Supporting Citations |
|---|---|
| 1. California's Unsafe Handgun Act ("UHA") prohibits the retail sale of any handgun that falls within the statutory definition of an "unsafe handgun." | • Cal. Penal Code §§ 32000, 31910.<br>• Defendants' Answer to TAC ¶¶ 69, 70 |
| 2. The UHA mandates that DOJ maintain "a roster listing all of the handguns that have been tested by a certified testing laboratory, have been determined not to be unsafe handguns, and may be sold" in California, commonly known as the "Roster of Certified Handguns Certified for Sale." | • Cal. Penal Code §§ 32015(a)<br>• State of California Department of Justice, *Handguns Certified for Sale*, https://oag.ca.gov/firearms/certified-handguns/search.<br>• Defendants' Answer to TAC ¶¶ 69, 70 |
| 3. Pursuant to the UHA, licensed firearm dealers may only sell at retail those handguns that appear on the Roster of Handguns Certified for Sale. | • Cal. Penal Code § 32000(a).<br>• Defendants' Answer to TAC ¶¶ 69, 70<br>• Defendants' Answer to TAC ¶ 71 (admitting "the Roster contains less than all of the handgun makes and models commercially available throughout the United States") |

| Undisputed Fact | Supporting Citations |
|---|---|
| 4. As of October 24, 2022, the Roster included 815 models of handgun. | • Defendants' Answer to TAC ¶ 73 |
| 5. As of November 9, 2022, the Bureau of Firearm's online list of de-certified handgun models showed that hundreds of models have been decertified since December 31, 2001, and that 33 models have been de-certified in 2022. | • State of California Department of Justice, *De-Certified Handgun Models*, https://oag.ca.gov/firearms/de-certified-handguns<br>• Defendants' Answer to TAC ¶ 78 |
| 6. Individual Plaintiffs are law-abiding, responsible citizens who may lawfully possess firearms. | • ECF No. 13-14, C. Prince Decl., ¶ 3<br>• ECF No. 13-15, Jaymes Decl., ¶ 3<br>• ECF No. 13-16, D. Prince Decl., ¶ 3<br>• ECF No. 13-17, Spousta Decl., ¶ 3<br>• ECF No. 13-18, Klier Decl., ¶ 3<br>• ECF No. 13-19, Phillips Decl., ¶ 3<br>• ECF No. 13-20, Smith Decl., ¶ 3<br>• ECF No. 13-21, L. Schwartz Decl., ¶ 3<br>• ECF No. 13-22, M. Schwartz Decl., ¶ 3<br>• ECF No. 13-23, Bailey Decl., ¶ 3<br>• ECF No. 13-25, R. Peterson Decl., ¶ 3 |

| Undisputed Fact | Supporting Citations |
|---|---|
| 7. The individual Plaintiffs want to purchase handguns that are not on the Roster of Certified Handguns Certified for Sale (*i.e.*, "off-Roster handguns") for lawful purposes that are protected by the Second Amendment. Individual Plaintiffs would purchase these off-Roster handguns but for the UHA's restriction on their sale. | <ul><li>ECF No. 13-14, C. Prince Decl., ¶¶ 6–8</li><li>ECF No. 13-15, Jaymes Decl., ¶¶ 7–11</li><li>ECF No. 13-16, D. Prince Decl., ¶¶ 8–10</li><li>ECF No. 13-17, Spousta Decl., ¶¶ 6–8</li><li>ECF No. 13-18, Klier Decl., ¶¶ 7–10</li><li>ECF No. 13-19, Phillips Decl., ¶¶ 10–15</li><li>ECF No. 13-20, Smith Decl., ¶¶ 5–10</li><li>ECF No. 13-21, L. Schwartz Decl., ¶¶ 6–10</li><li>ECF No. 13-22, M. Schwartz Decl., ¶¶ 7–12</li><li>ECF No. 13-23, Bailey Decl., ¶¶ 6–8</li><li>ECF No. 13-25, R. Peterson Decl., ¶¶ 8–16</li></ul> |
| 8. The retailer Plaintiffs have customers who are interested in purchasing off-Roster handguns and, but for the UHA, these firearms dealers would sell off-Roster handguns to eligible customers | <ul><li>ECF No. 13-16, D. Prince Decl., ¶ 11</li><li>ECF No. 13-19, Phillips Decl., ¶ 16</li><li>ECF No. 13-25, R. Peterson Decl., ¶ 17</li><li>Phillips Decl. ISO Prelim. Inj., ¶¶ 19–20</li></ul> |

| Undisputed Fact | Supporting Citations |
|---|---|
| consistent with state and federal law. | |
| 9. The individual Plaintiffs and retailer Plaintiffs are members of each of the organizational Plaintiffs. The organizational Plaintiffs' members desire to purchase (or, in the case of retailers, sell) constitutionally protected arms for self-defense or other lawful purposes are not currently on, or are not eligible to be added to, the Roster. | • ECF No. 13-14, C. Prince Decl., ¶ 4<br>• ECF No. 13-15, Jaymes Decl., ¶ 5<br>• ECF No. 13-16, D. Prince Decl., ¶¶ 4–5<br>• ECF No. 13-17, Spousta Decl., ¶ 5<br>• ECF No. 13-18, Klier Decl., ¶ 6<br>• ECF No. 13-19, Phillips Decl., ¶¶ 4, 6<br>• ECF No. 13-20, Smith Decl., ¶ 4<br>• ECF No. 13-21, L. Schwartz Decl., ¶ 5<br>• ECF No. 13-22, M. Schwartz Decl., ¶ 6<br>• ECF No. 13-23, Bailey Decl., ¶ 5<br>• ECF No. 13-25, R. Peterson Decl., ¶¶ 4–5<br>• Phillips Decl. ISO Prelim. Inj., ¶¶ 19–20<br>• Combs Decl. ISO Prelim. Inj., ¶ 5<br>• Gottlieb Decl. ISO Prelim. Inj., ¶¶ 3–4<br>• M. Schwartz Decl. ISO Prelim. Inj., ¶ 4 |

| Undisputed Fact | Supporting Citations |
|---|---|
| 10. The off-Roster handguns that the individual Plaintiffs want to purchase and that the retailer Plaintiffs wish to sell are in common use for lawful purposes in the United States outside of California. | • ECF No. 13-12, Ostini Decl., pp. 1–9<br>• ECF No. 13-13, Ostini Decl., Ex. 1<br>• Phillips Decl. ISO Prelim. Inj., ¶¶ 3–15<br>• This factual allegation is not subject to genuine or reasonable dispute. *Far Out Productions, Inc. v. Oskar*, 247 F.3d 986, 992 (9th Cir. 2001) (citing *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248-49 (1986) ("An issue is 'genuine' only if there is sufficient evidence for a reasonable fact finder to find for the non-moving party"). |

Dated: December 22, 2022

The DiGuiseppe Law Firm, P.C.                Benbrook Law Group, PC


By  s/ Raymond M. DiGuiseppe                By  s/ Bradley A. Benbrook
    Raymond M. DiGuiseppe                         Bradley A. Benbrook
    Attorneys for Plaintiffs                              Attorneys for Plaintiffs