Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

Michael P. Sousa
Law Offices of Michael P. Sousa, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
P: 858-453-6122
E: msousa@msousalaw.com

Bradley A. Benbrook
Stephen M. Duvernay
Benbrook Law Group, PC
701 University Avenue, Suite 106
Sacramento, CA 95825
P: 916-447-4900
E: brad@benbrooklawgroup.com

William A. Sack
Firearms Policy Coalition
426 Campbell Avenue
Havertown, PA 19083
P: 916-596-3492
E: Wsack@fpclaw.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lana Rae Renna; Danielle Jaymes; Laura Schwartz; Michael Schwartz; Robert Macomber; Clint Freeman; John Klier; Justin Smith; John Phillips; Cheryl Prince; Darin Prince; Ryan Peterson; PWGG, L.P.; North County Shooting Center, Inc.; Gunfighter Tactical, LLC; Firearms Policy Coalition, Inc.; San Diego County Gun Owners PAC; Citizens Committee for the Right to Keep and Bear Arms; and Second Amendment Foundation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>Robert Bonta, Attorney General of California; and Allison Mendoza, Director of the California Department of Justice Bureau of Firearms,<br><br>                    Defendants. | Case No.:  20-cv-2190-DMS-DEB<br><br>**UNOPPOSED REQUEST FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF TEN PAGES IN LENGTH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT**<br><br>**CivLR 7.1(h)**<br><br>Date: February 10, 2023<br>Time: 1:30 p.m.<br>Courtroom 13A (13th Floor)<br>Hon. Dana M. Sabraw |

Pursuant to Civil Local Rule 7.1(h), Plaintiffs request leave of Court to file a reply brief in excess of ten pages in length in support of their motion for a preliminary injunction or, alternatively, motion for summary judgment. Specifically, Plaintiffs request leave to file a brief of no longer than 12 pages. Leave of Court is appropriate to permit Plaintiffs to adequately respond to the arguments and evidence submitted in Defendants' opposition: Defendants submitted an oversized opposition brief (nearly 34 pages), along with multiple lengthy declarations.

Defendants do not oppose this request.

Dated: February 3, 2023

| The DiGuiseppe Law Firm, P.C. | Benbrook Law Group, PC |
|---|---|
| By  s/ Raymond M. DiGuiseppe<br>Raymond M. DiGuiseppe<br>Attorneys for Plaintiffs | By  s/ Bradley A. Benbrook<br>Bradley A. Benbrook<br>Attorneys for Plaintiffs |