UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA RAE RENNA, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> ROBERT BONTA, et al., <br><br>   Defendants. | Case No.:  20-CV-2190-DMS-DEB <br><br> **ORDER GRANTING MOTION TO FILE EXCESS PAGES** |

The Court is in receipt of Plaintiff's request to file a reply brief in excess of ten pages.  Good cause appearing, the Court **HEREBY GRANTS** the motion.

**IT IS SO ORDERED.**

Dated: February 3, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court