**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANA RAE RENNA, et al., <br>      Plaintiffs, <br><br> vs. <br><br> ROBERT BONTA, Attorney General of California; and ALLISON MENDOZA, Director of the California Department of Justice Bureau of Firearms, <br>      Defendants. | Case No.: 20-cv-2190-DMS-DEB <br><br> ORDER SETTING STATUS CONFERENCE |

In light of the court order granting Plaintiffs' Motion for Preliminary Injunction in *Boland et al. v. Bonta*, 8:22-cv-1421, ECF Nos. 60, 61 (C.D. Cal. Mar. 20, 2023), the Court sets this matter for a telephonic status conference on March 22, 2023 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: March 21, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court

1