ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General
State Bar No. 267308
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendants
Rob Bonta and Allison Mendoza, in their
official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANA RAE RENNA et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California; and ALLISON MENDOZA, in her official capacity as Director of the Department of Justice Bureau of Firearms,**<br><br>                              Defendants. | Case No. 3:20-cv-02190-DMS-DEB<br><br>**NOTICE OF PRELIMINARY INJUNCTION APPEAL**<br><br>Judge:     The Honorable Dana M. Sabraw<br>Action Filed:     11/10/2020 |

1

**PLEASE TAKE NOTICE** that Defendants-Appellants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms,[1] hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Amended Order Granting In Part and Denying In Part Plaintiffs' Motion for Preliminary Injunction, issued on April 3, 2023 (Dkt. 81).

Dated: April 14, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendants Rob Bonta and Allison Mendoza, in their official capacities*

---

[1] Allison Mendoza's appointment to the position of Director of the Department of Justice Bureau of Firearms, effective March 2, 2023, was announced on March 24, 2023.

## CERTIFICATE OF SERVICE

Case Name: **Lana Rae Renna et al. v. Rob Bonta, et al.**    No. **3:20-cv-02190-DMS-DEB**

I hereby certify that on <u>April 14, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF PRELIMINARY INJUNCTION APPEAL

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 14, 2023</u>, at Sacramento, California.

| Ritta Mashriqi | /s/*Ritta Mashriqi* |
|:---:|:---:|
| Declarant | Signature |

SA2020304764
37080986.docx