Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

Michael P. Sousa
Law Offices of Michael P. Sousa, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
P: 858-453-6122
E: msousa@msousalaw.com

Bradley A. Benbrook
Stephen M. Duvernay
Benbrook Law Group, PC
701 University Avenue, Suite 106
Sacramento, CA 95825
P: 916-447-4900
E: brad@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Lana Rae Renna; Danielle Jaymes; Laura Schwartz; Michael Schwartz; Robert Macomber; Clint Freeman; John Klier; Justin Smith; John Phillips; Cheryl Prince; Darin Prince; Ryan Peterson; PWGG, L.P.; North County Shooting Center, Inc.; Gunfighter Tactical, LLC; Firearms Policy Coalition, Inc.; San Diego County Gun Owners PAC; Citizens Committee for the Right to Keep and Bear Arms; and Second Amendment Foundation,

Plaintiffs,

v.

Robert Bonta, Attorney General of California; and Allison Mendoza, Director of the California Department of Justice Bureau of Firearms,

Defendants.

Case No.:  20-cv-2190-DMS-DEB

**STIPULATION BY ALL PARTIES FOR VOLUNTARY DISMISSAL OF PLAINTIFFS JUSTIN SMITH AND RYAN PETERSON**

**Fed. R. Civ. Proc. 41(a)(1)(A)(ii)**

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Lana Rae

2   Renna; Danielle Jaymes; Laura Schwartz; Michael Schwartz; Robert Macomber;

3   Clint Freeman; John Klier; Justin Smith; John Phillips; Cheryl Prince; Darin Prince;

4   Ryan Peterson; PWGG, L.P.; North County Shooting Center, Inc.; Gunfighter

5   Tactical, LLC; Firearms Policy Coalition, Inc.; San Diego County Gun Owners PAC;

6   Citizens Committee for the Right to Keep and Bear Arms; and Second Amendment

7   Foundation; and Defendants Rob Bonta, in his official capacity as Attorney General

8   of California; and Allison Mendoza, in her official capacity as Director of the

9   California Department of Justice Bureau of Firearms stipulate as follows:

10   1.    Plaintiffs Justin Smith and Ryan Peterson may, and hereby do,

11   voluntarily dismiss their claims without prejudice against Defendants in this action,

12   which has no effect on the remaining Plaintiffs' claims in this matter.

13   2.    This dismissal does not affect any current or former party's rights to

14   recover attorneys' fees or costs, if any such award is otherwise appropriate.

15

16   Dated:  December 22, 2023          BENBROOK LAW GROUP, PC

17                                     By s/ Stephen M. Duvernay
                                          STEPHEN M. DUVERNAY
18                                        Attorneys for Plaintiffs

19   Dated:  December 22, 2023          ROB BONTA
                                        Attorney General of California
20                                      ANTHONY R. HAKL
                                        Supervising Deputy Attorney General
21
                                        By s/ Gabrielle D. Boutin
22                                         GABRIELLE D. BOUTIN
                                           Deputy Attorney General
23                                         Attorneys for Defendants Attorney
                                           General Rob Bonta and Director Allison
24                                         Mendoza, in their official capacities

25

26

27

28