FILED

MAR 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LANA RAE RENNA; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California; ALLISON MENDOZA, in her official capacity as Director of Department of Justice Bureau of Firearms, <br><br> Defendants-Appellants. | No.   23-55367 <br><br> D.C. No. <br> 3:20-cv-02190-DMS-DEB <br> Southern District of California, <br> San Diego <br><br> ORDER |

Before: BERZON, RAWLINSON, and BRESS, Circuit Judges.

Submission of this case is vacated pending the en banc decision in *Duncan v. Bonta*, 9th Cir. No. 23-55805.