FILED

MAR 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LANA RAE RENNA; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California; ALLISON MENDOZA, in her official capacity as Director of Department of Justice Bureau of Firearms, <br><br> Defendants-Appellants. | No.   23-55367 <br><br> D.C. No. 3:20-cv-02190-DMS-DEB <br> Southern District of California, San Diego <br><br> ORDER |

Before: BERZON, RAWLINSON, and BRESS, Circuit Judges.

The parties are directed to submit supplemental briefs of no more than 3,000 words each addressing the impact on this case, if any, of *Duncan v. Bonta*, No. 23-55805, 2025 WL 867583 (9th Cir. Mar. 20, 2025) (en banc), and discussing whether or not remand would be appropriate at this juncture. Plaintiffs-Appellees shall file their supplemental brief within 21 days of the date of this order. Defendants-Appellants shall file their supplemental brief within 14 days after the submission of Plaintiffs-Appellees' brief.