BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lana Rae Renna; Danielle Jaymes; Laura Schwartz; Michael Schwartz; Robert Macomber; Clint Freeman; John Klier; Justin Smith; John Phillips; Cheryl Prince; Darin Prince; Ryan Peterson; PWGG, L.P.; North County Shooting Center, Inc.; Gunfighter Tactical, LLC; Firearms Policy Coalition, Inc.; San Diego County Gun Owners PAC; Citizens Committee for the Right to Keep and Bear Arms; and Second Amendment Foundation, | Case No.:  3:20-cv-2190-DMS-DEB  **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Plaintiffs, | |
| v. | |
| Robert Bonta, Attorney General of California; and Allison Mendoza, Director of the California Department of Justice Bureau of Firearms, | |
| Defendants. | |

To the clerk of court, all parties and their attorneys of record:

Please take notice that Michael P. Sousa hereby withdraws as an attorney of record for Plaintiffs. Mr. Sousa requests that he be removed from the Court's service list with respect to this action.

Dated:  March 20, 2026                    BENBROOK LAW GROUP, PC

                                          By   s/ Bradley A. Benbrook
                                             BRADLEY A. BENBROOK
                                             Attorneys for Plaintiffs