# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

LANA RAE RENNA, et al.,

                                                    Plaintiffs,

v.

ROBERT BONTA, et al.,

                                                    Defendant.

Case No.:  20-cv-02190-DMS-DEB

**ORDER GRANTING WITHDRAWAL OF COUNSEL**

**[ECF No. 96, 97]**

Upon motion of Plaintiffs and good cause appearing, the Clerk is directed to update the docket to reflect the withdrawal of Raymond M. DiGuiseppe and Michael P. Sousa as Plaintiffs' counsel of record.

**IT IS SO ORDERED.**

Dated:  March 23, 2026

Hon. Dana M. Sabraw
United States District Judge

1

20-cv-02190-DMS-DEB