Benbrook Law Group, PC
Bradley B. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
P: (916) 447-4900
E: brad@benbrooklawgroup.com


Attorneys for Plaintiffs


# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lana Rae Renna; Danielle Jaymes; Laura Schwartz; Michael Schwartz; Robert Macomber; Clint Freeman; John Klier; Justin Smith; John Phillips; Cheryl Prince; Darin Prince; Ryan Peterson; PWGG, L.P.; North County Shooting Center, Inc.; Gunfighter Tactical, LLC; Firearms Policy Coalition, Inc.; San Diego County Gun Owners PAC; Citizens Committee for the Right to Keep and Bear Arms; and Second Amendment Foundation, | Case No.: 20-cv-2190-DMS-DEB |
| Plaintiffs, | **UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| v. | |
| Robert Bonta, Attorney General of California; and Allison Mendoza, Director of the California Department of Justice Bureau of Firearms, | |
| Defendants. | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs respectfully move for leave under Federal Rule of Civil Procedure 15(a)(2) to file the attached Fourth Amended Complaint, which adds the National Rifle Association of America ("NRA") as a plaintiff but does not substantively change the allegations in the Third Amended Complaint.[1] Defendants do not oppose this motion.

Rule 15(a)(2) permits Plaintiffs to amend their complaint to add a new plaintiff. *See Amore ex rel. Ests. of Amore v. Accor*, 529 F. Supp. 2d 85, 91 (D.D.C. 2008) ("Rule 15(a) allows a party to amend its pleading to add a new party."); *Vera v. Bush*, 980 F. Supp. 254, 255 (S.D. Tex. 1997) ("[N]ew plaintiffs may be added to an action under Rule 15(a)."); *see also* 6A WRIGHT & MILLER'S FEDERAL PRACTICE & PROCEDURE § 1474 (3d ed.) ("[A] party may make a Rule 15(a) amendment to add … parties to the action."). That is true notwithstanding the pending appeal of this Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Preliminary Injunction. *See* Doc. 81 (April 3, 2023). While an interlocutory appeal is pending, a district court retains jurisdiction over matters "that would not change the issues before the appellate court." *Martin Luther King, Jr. Cnty. v. Turner*, 798 F. Supp. 3d 1224, 1237 n.3 (W.D. Wash. 2025); *see also Ctr. for Food Safety v. Vilsack*, No. C-10-04038-JSW, 2011 WL 672802, at *2 (N.D. Cal. Feb. 18, 2011). An amended complaint that "simply adds new [p]laintiffs" does not change the issues before the appellate court. *See Martin Luther King, Jr. Cnty*, 798 F. Supp. 3d at 1237 n.3.

For the avoidance of doubt, Plaintiffs note that they do not wish to disturb the pending appeal, nor do they seek for the NRA to become a party to the pending appeal. Moreover, Plaintiffs will not use the amended complaint as a basis to make any request to the Ninth Circuit or to supplement their submission in the pending appeal. And, to

---

[1] It also substitutes Allison Mendoza as a defendant in her official capacity as Director of the Bureau of Firearms, replacing Blake Graham, who previously held that position. *See* Fed. R. Civ. P. 25(d).

ensure that this motion does not disrupt the appeal, Plaintiffs respectfully request that this Court refrain from issuing an indicative ruling under Federal Rule of Civil Procedure 62.1.

Plaintiffs respectfully request that this Court grant their unopposed motion for leave to file an amended complaint.

Dated: March 27, 2026                                Respectfully submitted,


/s/ Bradley A. Benbrook
Bradley A. Benbrook
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Bradley A. Benbrook*
Bradley A. Benbrook