# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

LANA RAE RENNA, et al.,

            Plaintiffs,

    v.

ROB BONTA, et al.,

            Defendants.

Case No.: 20-CV-2190-DMS-DEB

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

The Court, having considered Plaintiffs' Motion for leave to file a Fourth Amended Complaint—which notes that this amended complaint is not intended to disturb, supplement, or otherwise disrupt the pending appeal in the Ninth Circuit Court of Appeals (Case No. 23-55367)—finds that the Motion should be **GRANTED**.

**IT IS SO ORDERED.**


Dated: _____          _____

Hon. Dana M. Sabraw, Chief Judge
United States District Judge