**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANA RAE RENNA, et al., | Case No.: 20-cv-02190-DMS-DEB |
| Plaintiffs, | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| v. | |
| ROBERT BONTA, et al., | |
| Defendant. | **[ECF No. 99]** |

The Court, having considered Plaintiffs' unopposed motion for leave to file a Fourth Amended Complaint, (ECF No. 99)—which notes that this amended complaint is not intended to disturb, supplement, or otherwise disrupt the pending appeal in the Ninth Circuit Court of Appeals (Case No. 23-55367)—finds that the motion should be **GRANTED**.

   **IT IS SO ORDERED.**

Dated:  April 1, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

1