Benbrook Law Group, PC
Bradley B. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
(916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Lana Rae Renna; Danielle Jaymes; Laura Schwartz; Michael Schwartz; Robert Macomber; Clint Freeman; John Klier; Justin Smith; John Phillips; Cheryl Prince; Darin Prince; Ryan Peterson; PWGG, L.P.; North County Shooting Center, Inc.; Gunfighter Tactical, LLC; Firearms Policy Coalition, Inc.; San Diego County Gun Owners PAC; Citizens Committee for the Right to Keep and Bear Arms; Second Amendment Foundation; and National Rifle Association of America,

Plaintiffs,

v.

Robert Bonta, Attorney General of California; and Allison Mendoza, Director of the California Department of Justice Bureau of Firearms,

Defendants.

Case No.: 20-cv-2190-DMS-DEB

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO SERVE A SUPPLEMENTAL COMPLAINT**

**Fed. R. Civ. P. 15(d)**

Date: August 7, 2026
Time: 1:30 p.m.
Courtroom 13A (13th Floor)
Hon. Dana M. Sabraw

To all parties and their attorneys of record:

Please take notice that on August 7, 2026, at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Dana M. Sabraw, Courtroom 13A (13th Floor), United States District Court, Southern District of California, James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California, Plaintiffs Lana Rae Renna, et al. will and hereby do move the Court for an order permitting the filing and service of a supplemental complaint. A copy of the proposed supplemental complaint is attached.

Pursuant to Fed. R. Civ. P. 15(d), the Court may "on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Plaintiffs seek leave to add a claim challenging the constitutionality of California Penal Code § 27595(a) that bans the sale or transfer of Glock and Glock-style handguns with cruciform trigger bars. Section 27595(a) takes effect today (July 1, 2026).

This motion shall be based on this notice of motion and motion, the memorandum of points and authorities in support and upon any further matters the Court deems appropriate.

Dated: July 1, 2026                              Respectfully submitted,


                                                 /s/ Bradley A. Benbrook
                                                 Bradley A. Benbrook
                                                 Attorneys for Plaintiffs

NOTICE OF MOTION AND MOTION FOR LEAVE TO SERVE A SUPPLEMENTAL COMPLAINT
-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Bradley A. Benbrook
Bradley A. Benbrook