# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lana Rae Renna; Danielle Jaymes; Laura Schwartz; Michael Schwartz; Robert Macomber; Clint Freeman; John Klier; Justin Smith; John Phillips; Cheryl Prince; Darin Prince; Ryan Peterson; PWGG, L.P.; North County Shooting Center, Inc.; Gunfighter Tactical, LLC; Firearms Policy Coalition, Inc.; San Diego County Gun Owners PAC; Citizens Committee for the Right to Keep and Bear Arms; Second Amendment Foundation; and National Rifle Association of America, | Case No.: 20-cv-2190-DMS-DEB |

Plaintiffs,

v.

Robert Bonta, Attorney General of California; and Allison Mendoza, Director of the California Department of Justice Bureau of Firearms,

Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SERVE A SUPPLEMENTAL COMPLAINT**

**Fed. R. Civ. P. 15(d)**

Date: August 7, 2026
Time: 1:30 p.m.
Courtroom 13A (13th Floor)
Hon. Dana M. Sabraw

Before the Court is Plaintiffs' Lana Rae Renna, et al.'s Motion for Leave to File and Serve a Supplemental Complaint pursuant to Federal Rule of Civil Procedure 15(d).

Having considered the motion, all responses, and applicable law, the Court **GRANTS** Plaintiffs' motion. Plaintiffs' Supplemental Complaint shall be deemed filed.

**IT IS SO ORDERED**

Dated: _____, 2026

_____
Dana M. Sabraw
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Bradley A. Benbrook
Bradley A. Benbrook