ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General
SABRINA T. MCGRAW
Deputy Attorney General
State Bar No. 334120
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
   Telephone: (415) 268-4326
   Fax:  (415) 703-1234
   E-mail:  Sabrina.McGraw@doj.ca.gov
*Attorneys for Defendants*
*Attorney General Rob Bonta and Director*
*Allison Mendoza, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANA RAE RENNA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,**<br><br>Defendants. | 3:20-cv-02190-DMS-DEB<br><br>**NOTICE OF APPEARANCE** |

1

The California Attorney General, counsel for Defendants Attorney General Rob Bonta and Director Allison Mendoza, in their official capacities, hereby files this Notice of Appearance to inform the Court of assigned counsel for Defendants in this proceeding.

Respondent hereby notifies the Court that the attorney joining the case is as follows:

Sabrina T. McGraw, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 268-4326
E-mail:  Sabrina.McGraw@doj.ca.gov

Dated: July 24, 2026                          Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General

*/s/ Sabrina T. McGraw*
SABRINA T. MCGRAW
Deputy Attorney General
*Attorneys for Defendants*
*Attorney General Rob Bonta and*
*Director Allison Mendoza, in their*
*official capacities*

2

# CERTIFICATE OF SERVICE

Case Name:    **Lana Rae Renna, et al. v. Rob Bonta, et al.**          No.    **3:20-cv-02190-DMS-DEB**

I hereby certify that on <u>July 24, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 24, 2026</u>, at Fresno, California.

| A. Billings | */s/ A. Billings* |
|---|---|
| Declarant | Signature |

SA2020304764
95729261