ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General
SABRINA T. MCGRAW
Deputy Attorney General
CHARLES J. SAROSY
Supervising Deputy Attorney General
State Bar No. 302439
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6356
 Fax:  (916) 731-2119
 E-mail:  Charles.Sarosy@doj.ca.gov
*Attorneys for Defendants*
*Attorney General Rob Bonta and Director*
*Allison Mendoza, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANA RAE RENNA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,**<br><br>Defendants. | Case No. 3:20-cv-02190-DMS-DEB<br><br>**NOTICE OF APPEARANCE** |

1

The California Attorney General, counsel for Defendants Attorney General Rob Bonta and Director Allison Mendoza, in their official capacities, hereby files this Notice of Appearance to inform the Court of assigned counsel for Defendants in this proceeding.

Respondent hereby notifies the Court that the attorney joining the case is as follows:

Charles J. Sarosy, Supervising Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
Telephone: (213) 269-6356
E-mail:  Charles.Sarosy@doj.ca.gov

Dated: July 29, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General
SABRINA T. MCGRAW
Deputy Attorney General

**/s/  *Charles J. Sarosy***

CHARLES J. SAROSY
Supervising Deputy Attorney General
*Attorneys for Defendants
Attorney General Rob Bonta and
Director Allison Mendoza, in their
official capacities*

2

# CERTIFICATE OF SERVICE

Case Name: **Lana Rae Renna, et al. v. Rob Bonta, et al.**    Case No.    **3:20-cv-02190-DMS-DEB**

I hereby certify that on July 29, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 29, 2026, at Los Angeles, California.

Cecilia Apodaca
Declarant

*Cecilia Apodaca*
Signature

SA2020304764
68621055.docx