BENBROOK LAW GROUP, PC
Bradley A. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
(916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lana Rae Renna; Danielle Jaymes; Laura Schwartz; Michael Schwartz; Robert Macomber; Clint Freeman; John Klier; Justin Smith; John Phillips; Cheryl Prince; Darin Prince; Ryan Peterson; PWGG, L.P.; North County Shooting Center, Inc.; Gunfighter Tactical, LLC; Firearms Policy Coalition, Inc.; San Diego County Gun Owners PAC; Citizens Committee for the Right to Keep and Bear Arms; Second Amendment Foundation; and National Rifle Association of America, <br><br> Plaintiffs, <br><br> v. <br><br> Robert Bonta, Attorney General of California; and Allison Mendoza, Director of the California Department of Justice Bureau of Firearms, <br><br> Defendants. | Case No.: 20-cv-2190-DMS-DEB <br><br> **REQUEST FOR LEAVE TO APPEAR BY TELEPHONIC CONFERENCE AT MOTION FOR LEAVE TO SERVE A SUPPLEMENTAL COMPLAINT** <br><br> **Civ. L.R. 7.1.d.2** <br><br> Date: August 7, 2026 <br> Time: 1:30 p.m. <br> Courtroom 13A (13th Floor) <br> Hon. Dana M. Sabraw |

REQUEST FOR TELEPHONIC ARGUMENT (MOTION FOR LEAVE TO SERVE A SUPPLEMENTAL COMPLAINT)

Pursuant to Civ. L.R. 7.1.d.2 and the Section 6(D) of the Court's Civil Pretrial & Trial Procedures, counsel for Plaintiffs Lana Rae Renna, et al. request leave to present telephonic argument in support of Plaintiffs' motion for leave to serve a supplemental complaint, currently set for hearing August 7, 2026 at 1:30 p.m.

Dated: August 4, 2026                 Respectfully submitted,

                                      /s/ Bradley A. Benbrook
                                      Bradley A. Benbrook
                                      Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Bradley A. Benbrook
Bradley A. Benbrook