# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

LANA RAE RENNA, et al.,

Plaintiffs,

v.

ROBERT BONTA, et al.,

Defendant.

Case No.:  20-cv-02190-DMS-DEB

**ORDER VACATING HEARING; DENYING PLAINTIFF'S REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY [ECF No. 106]**

Defendant's motion for leave to serve a supplemental Complaint is currently scheduled for hearing on August 7, 2026, at 1:30 PM.  (ECF No. 101.)  The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the August 7, 2026 hearing is **VACATED**.  Further, Plaintiffs' request to appear at the hearing by telephone, (ECF No. 106), is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated:  August 6, 2026

Hon. Dana M. Sabraw
United States District Judge

1

20-cv-02190-DMS-DEB