ROB BONTA
Attorney General of California
ANTHONY R. HAKL
CHARLES SAROSY
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN
SABRINA T. MCGRAW
Deputy Attorneys General
State Bar No. 334120
455 Golden Gate Ave, 11th Fl.,
San Francisco, CA 94102
Telephone: (415) 268-4326
E-mail: Sabrina.McGraw@doj.ca.gov
*Attorneys for Defendants*
*Attorney General Rob Bonta and Director*
*Allison Mendoza, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANA RAE RENNA et al.,**<br>Plaintiffs,<br>**v.**<br>**ROB BONTA et al.,**<br>Defendants. | 3:20-cv-02190-DMS-DEB<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [ECF 107]**<br><br>Date: Not Set<br>Time: Not Set<br>Dept: Courtroom 13A<br>Judge: The Honorable Dana M. Sabraw<br>Trial Date: Not Set<br>Action Filed: November 10, 2020 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 7.2, the undersigned counsel, on behalf of their respective clients, submit the following joint motion requesting that this Court extend Defendants' deadline to file an opposition to Plaintiff's Motion for Preliminary by one week.

THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

1. On July 1, 2026, Plaintiffs filed a Motion for Leave to File Supplemental Complaint to add allegations regarding Assembly Bill 1127, which Defendants opposed on July 24, 2026. ECF Nos. 101, 103.

2. On August 4, 2026, Plaintiffs filed a Motion for a Preliminary Injunction seeking to enjoin enforcement of Assembly Bill 1127 and noticed the hearing for September 4, 2026. ECF No. 107.

3. On August 6, 2026, Defendants filed an Ex Parte Application to Hold Plaintiffs' Motion for Preliminary Injunction in Abeyance, Or, Alternatively, For an Extension of Time to File the Opposition Brief. ECF No. 108. The Court has not yet ruled on that application.

4. Per Civil Local Rule 7.1(e)(2), Defendants' opposition to the Motion for Preliminary Injunction is currently due this Friday, August 21, 2026.

5. Plaintiffs and Defendants, through their counsel, hereby stipulate to request that the Court extend the deadline for Defendants to file the opposition to the Motion for a Preliminary Injunction by one week, to Friday, August 28, 2026.

6. Good cause exists for this extension because the new deadline will ensure that Defendants have more time to respond to the Motion for a Preliminary Injunction that was filed on August 4, 2026.

IT IS SO STIPULATED.

Dated: August 19, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CHARLES SAROSY
ANTHONY R. HAKL
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN
Deputy Attorney General

*/s/ Sabrina T. McGraw*
SABRINA T. MCGRAW
Deputy Attorney General
*Attorneys for Defendants Attorney General Rob Bonta and Director Allison Mendoza, in their official capacities*

*/s/ Stephen M. Duvernay*

BRADLEY B. BENBROOK
STEPHEN M. DUVERNAY
Benbrook Law Group, PC
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Lana Rae Renna, et al. v. Rob Bonta, et al.** | Case No. | **3:20-cv-02190-DMS-DEB** |

I hereby certify that on August 19, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **JOINT MOTION TO EXTEND DEADLINE FOR OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [ECF 107]**
2. **[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [ECF 107]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 19, 2026, at Los Angeles, California.

| J. Sissov | */s/ J. Sissov* |
|---|---|
| Declarant | Signature |

SA2020304764