IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANA RAE RENNA et al.,**<br>Plaintiffs,<br>**v.**<br>**ROB BONTA et al.,**<br>Defendants. | 3:20-cv-02190-DMS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [ECF 107]** |

On August 19, 2026, the Parties filed a Joint Motion to Extend Deadline for Opposition to Plaintiffs' Motion for Preliminary Injunction [ECF No. 107]. Having considered the Parties' Joint Motion, and good cause appearing, the Court hereby GRANTS the Parties' Joint Motion and ORDERS as follows:

Defendants' deadline to file their opposition to Plaintiffs' Motion for Preliminary Injunction [ECF No. 107] is hereby extended seven days, to August 28, 2026.

IT IS SO ORDERED.

Dated: August 20, 2026

HON. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE